Reid J. Schar (Bar No. 238948)
Laurie Edelstein (Bar No. 164466)
JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, California 94105
Telephone: (628) 267-6800
RSchar@jenner.com
LEdelstein@jenner.com

Marcie Isom Fitzsimmons (Bar No. 226906)
Christina Shahkar (Bar No. 356982)
GORDON REES SCULLY MANSUKHANI
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
misom@grsm.com

*Attorneys for Defendants*
*The Board of Trustees of The Leland Stanford Junior University*
*and Danny Hung-Chieh Chou*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DR. SHAY LAPS,<br><br>                  Plaintiff,<br><br>         v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY and DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,<br><br>                  Defendants. | Case No. 5:25-cv-05767-SVK<br><br>The Honorable Susan van Keulen<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS CLAIMS 12 AND 14 OF THE COMPLAINT**<br><br>Action Filed: July 10, 2025 |

Having considered the papers filed in support of and in opposition to Defendants' Motion to Dismiss Claims 12 and 14 of the Complaint and all other pleadings and papers on file, and having heard argument from counsel, the Court finds that Claims 12 and 14 fail to state a claim upon which relief can be granted. Accordingly, Defendants' Motion to Dismiss Claims 12 and 14 of the Complaint is **GRANTED**, and those claims are hereby dismissed.

**IT IS SO ORDERED.**

Dated: _____, 2025

By: _____
The Honorable Susan van Keulen
United States Magistrate Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS        CASE NO. 5:25-cv-05767-SVK

JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, CA 94105