Reid J. Schar (Bar No. 238948)
Laurie Edelstein (Bar No. 164466)
JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, California 94105
Telephone: (628) 267-6800
Rschar@jenner.com
LEdelstein@jenner.com

Marcie Isom Fitzsimmons (Bar No. 226906)
Christina Shahkar (Bar No. 356982)
GORDON REES SCULLY MANSUKHANI
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
misom@grsm.com

*Attorneys for Defendants*
*The Board of Trustees of The Leland Stanford Junior University*
*and Danny Hung-Chieh Chou*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DR. SHAY LAPS,<br><br>              Plaintiff,<br><br>      v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY and DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,<br><br>              Defendants. | Case No. 5:25-cv-05767-SVK<br><br>The Honorable Susan van Keulen<br><br>**DECLARATION OF REID J. SCHAR IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CLAIMS 12 AND 14 OF THE COMPLAINT**<br><br>Date:        October 21, 2025<br>Time:        10:00 a.m.<br>Location:   Courtroom 6 (San Jose)<br><br>Action Filed: July 10, 2025 |

I, Reid J. Schar, declare as follows pursuant to 28 U.S.C. § 1746:

1.  I am a partner at Jenner & Block LLP and am counsel to Defendants The Board of Trustees of The Leland Stanford Junior University (named as The Leland Stanford Junior University) and Danny Hung-Chieh Chou ("Dr. Chou") (collectively, "Defendants") in this matter. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently about them if called upon to do so.

2.  This declaration is submitted in support of Defendants' motion to dismiss two claims in the complaint filed against Defendants by Plaintiff Dr. Shay Laps.

3.  Leading up to the filing of Defendants' motion to dismiss, Defendants raised the deficiencies addressed in this motion with Laps' counsel in an effort to resolve them through the meet and confer process. Laps chose to stand on the complaint rather than address the deficiencies raised.

4.  As part of these meet and confer efforts, I shared a copy of the report of potential sexual harassment concerning Laps' interactions with an undergraduate that was filed with Stanford's Title IX office on August 20, 2024, and on which Dr. Chou was copied when filed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 9, 2025, in San Francisco, California.

By: /s/ Reid J. Schar
    Reid J. Schar

**JENNER & BLOCK LLP**
525 Market Street, 29th Floor
San Francisco, CA 94105

1

DECLARATION OF REID J. SCHAR
IN SUPPORT OF MOTION TO DISMISS

CASE NO. 5:25-cv-05767-SVK