Reuven L. Cohen (CA Bar No. 231915)
Email: rcohen@cohen-williams.com
Kathleen M. Erskine (Bar No. 223218)
Email: kerskine@cohen-williams.com
Talia Nissimyan (CA Bar No. 307576)
Email: tnissimyan@cohen-williams.com
Michael J. Fisher (CA Bar No. 354524)
Email: mfisher@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

*Attorneys for Plaintiff Dr. Shay Laps*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. SHAY LAPS,<br><br>        Plaintiff,<br><br>    v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY; DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,<br><br>        Defendants. | Case No. 5:25-cv-05767-SVK<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DR. SHAY LAPS**<br><br>Judge:  Hon. Susan van Keulen<br>Date:   May 12, 2026<br>Time:   10:00 a.m.<br>Courtroom.:   6 |

COHEN WILLIAMS LLP

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 12, 2026, at 10:00am, or as soon as the matter may be heard, before the Honorable Susan van Keulen in Courtroom 6 of the United States District Court for the Northern District of California, located at 280 South 1st Street, San Jose, CA, 95113, the law firm of Cohen Williams LLP ("CW"), including the above-referenced attorneys at CW (Reuven L. Cohen, Kathleen M. Erskine, Talia Nissimyan, and Michael J. Fisher), will and hereby do move pursuant to Local Rule 11-5 for an order permitting their withdrawal as counsel for Plaintiff Dr. Shay Laps ("Dr. Laps").

Good cause exists for leave to withdraw for the reasons set forth in the concurrently-filed Memorandum of Points and Authorities and Declaration of Reuven L. Cohen ("Cohen Decl."), along with any additional information counsel may provide or the Court may require before or in connection with the hearing on this motion. This motion is made in good faith and pursuant to Local Rule 11-5, as well as California Rule of Professional Conduct 1.16, which governs the withdrawal of attorneys, on the grounds that the Rules of Professional Conduct permit withdrawal.

This motion is made following reasonable advance notice to Dr. Laps that CW would seek leave of Court to withdraw as his counsel on the stated grounds. (*See* Cohen Decl., ¶ 5.) In addition, pursuant to Local Rule 11-5(a), CW sent written notifications on April 2, 2026, to all co-counsel for Dr. Laps and on April 5, 2026, to all counsel for Defendants The Leland Stanford Junior University and Danny Hung-Chieh Chou indicating its intent to seek leave to withdraw as counsel for Dr. Laps. (Cohen Decl., ¶¶ 6, 8.)

This motion is based on the concurrently-filed Memorandum of Points and Authorities, Declaration of Reuven L. Cohen, and Proof of Service on Dr. Laps, as well as the pleadings and papers on file in this action and any and all documents properly before this Court at the time of the hearing.

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DR. SHAY LAPS

Dated: April 6, 2026                           **COHEN WILLIAMS LLP**

By: _____/s/ Reuven L. Cohen_____
Reuven L. Cohen (CA Bar No. 231915)
Email: rcohen@cohen-williams.com
Kathleen M. Erskine (Bar No. 223218)
Email: kerskine@cohen-williams.com
Talia Nissimyan (CA Bar No. 307576)
Email: tnissimyan@cohen-williams.com
Michael J. Fisher (CA Bar No. 354524)
Email: mfisher@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Tel: 213-232-5162


*Attorneys for Plaintiff Dr. Shay Laps*

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DR. SHAY LAPS