Reuven L. Cohen (CA Bar No. 231915)
Email: rcohen@cohen-williams.com
Kathleen M. Erskine (Bar No. 223218)
Email: kerskine@cohen-williams.com
Talia Nissimyan (CA Bar No. 307576)
Email: tnissimyan@cohen-williams.com
Michael J. Fisher (CA Bar No. 354524)
Email: mfisher@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

*Attorneys for Plaintiff Dr. Shay Laps*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. SHAY LAPS,<br><br>        Plaintiff,<br><br>    v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY; DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,<br><br>        Defendants. | Case No. 5:25-cv-05767-SVK<br><br>**DECLARATION OF REUVEN L. COHEN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DR. SHAY LAPS**<br><br>Judge: Hon. Susan van Keulen<br>Date:   May 12, 2026<br>Time:   10:00 a.m.<br>Courtroom.:    6 |

COHEN WILLIAMS LLP

**DECLARATION OF REUVEN L. COHEN**

I, Reuven L. Cohen, declare as follows:

1. I am over the age of eighteen and am an attorney duly licensed to practice law in the State of California. I am a partner with Cohen Williams LLP ("CW") and attorney of record for Plaintiff Dr. Shay Laps ("Dr. Laps") in the above-captioned action.

2. I make this declaration in support of the Motion to Withdraw as Counsel for Plaintiff Dr. Shay Laps. This declaration is based upon my personal knowledge and based on files and records in this case. If called upon to testify as to the matters set forth in this declaration, I could and would do so.

3. On April 1, 2026, CW received a written communication from Dr. Laps requesting that CW seek a stay of all proceedings to allow Dr. Laps to search for alternative representation. I am precluded by the attorney-client privilege from disclosing further information about that communication or its circumstances.

4. It is my good faith assertion that Dr. Laps' request to obtain alternative counsel, as well as additional circumstances and conduct, render it unreasonably difficult for CW to carry out the representation of Dr. Laps effectively. I am precluded by the attorney-client privilege from disclosing further information.

5. On April 2, 2026, CW informed Dr. Laps of its intent to request a stay of all proceedings and for CW to withdraw as his counsel from the above-captioned action.

6. On April 2, 2026, and April 5, 2026, CW provided written notice to all co-counsel of record, Alyza Lewin, Rachel Lerman, David Dince, and the Louis D. Brandeis Center for Human Rights Under Law, of CW's intent to withdraw from the above-captioned action as counsel for Dr. Laps and to file a motion to stay this action to allow Dr. Laps to secure alternative counsel.

7. On April 3, 2026, Dr. Laps agreed to remain in contact for the purposes of any matter required to conclude CW's engagement.

8. On April 5, 2026, CW provided notice to Defendants' counsel of record, Reid Schar and Laurie Edelstein of Jenner & Block LLP, and Marcie Fitzsimmons and Christina Jacobson Shahkar of Gordon & Rees LLP, of CW's intent to file a motion to withdraw from the above-captioned action as counsel for Dr. Laps and file a motion to stay this action to allow Dr. Laps to secure alternative counsel.

DECL. OF REUVEN L. COHEN ISO MOT. TO WITHDRAW AS COUNSEL FOR PLAINTIFF DR. SHAY LAPS

9.      Immediately impending deadlines, including Dr. Laps' discovery deadlines, require that Dr. Laps be represented by effective counsel focused on moving this case forward.  Those efforts must occur diligently and without delay in order to protect his interests.  Each of those tasks requires a stable attorney-client relationship, which is precluded by Dr. Laps' desire to obtain alternative counsel to CW and by additional circumstances that I cannot disclose further due to the attorney-client privilege.

10.      CW has taken reasonable steps to avoid reasonably foreseeable prejudice to the rights of Dr. Laps.  Those efforts include but are not limited to provision of the foregoing notice.  Moreover, CW is expeditiously seeking a stay of all proceedings at Dr. Laps' request and until this motion is resolved and the successor counsel to Dr. Laps appears in this action.  CW is also seeking to shorten time to hear the motion to stay, prior to the occurrence of several immediately impending case management events and Dr. Laps' discovery response deadline.  No motions are currently pending in this matter, and deadlines leave several months for completion of fact discovery by the current deadline of July 15, 2026, and to prepare for trial set for February 27, 2027.  CW additionally stands ready to turn over its file and assist in the transition to new counsel as soon as these conditions are satisfied.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of April, 2026, at Los Angeles, California.


*/s/ Reuven L. Cohen*
Reuven L. Cohen

DECL. OF REUVEN L. COHEN ISO MOT. TO WITHDRAW AS COUNSEL FOR PLAINTIFF DR. SHAY LAPS