**THE LOUIS D. BRANDEIS CENTER**
**FOR HUMAN RIGHTS UNDER LAW**
Alyza D. Lewin (*admitted pro hac vice*)
L. Rachel Lerman (CA Bar No. 193080)
David M. Dince (*admitted pro hac vice*)
alyza@lewinlewin.com
rlerman@brandeiscenter.com
ddince@brandeiscenter.com
1776 Eye Street NW[1]
Washington, DC 20006
Telephone: 202-559-9296

*Attorneys for Plaintiff Dr. Shay Laps*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DR. LAY SHAPS,<br><br>Plaintiff,<br><br>vs.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY; DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,<br><br>Defendants. | Case No. 5:25-cv-05767-SVK<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DR. SHAY LAPS**<br><br>Judge:  Hon. Susan van Keulen<br>Date:  May 12, 2026<br>Time:  10:00 a.m.<br>Courtroom:  6 |

[1] The Brandeis Center recently relocated to the above address.  The Brandeis Center's prior address, as indicated on past filings in this action, was 1717 Pennsylvania Avenue NW, Ste. 1025, Washington, DC 20006.

1
NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DR. SHAY LAPS

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 12, 2026, at 10:00 a.m., or as soon as the matter may be heard, before the Honorable Susan van Keulen in Courtroom 6 of the United States District Court for the Northern District of California, located at 280 South 1st Street, San Jose, CA, 95113, the legal nonprofit organization The Louis D. Brandeis Center, Inc. d/b/a The Louis D. Brandeis Center for Human Rights Under Law (the "Brandeis Center"), including the above-referenced attorneys at the Brandeis Center (Alyza D. Lewin, L. Rachel Lerman and David M. Dince), will and hereby do move pursuant to Local Rule 11-5 for an order permitting their withdrawal as counsel for Plaintiff Dr. Shay Laps ("Dr. Laps").

Good cause exists for leave to withdraw for the reasons set forth in the concurrently-filed Memorandum of Points and Authorities and Declaration of David M. Dince ("Dince Decl."), along with any additional information counsel may provide or the Court may require before or in connection with the hearing on this motion.  This motion is made in good faith and pursuant to Local Rule 11-5, as well as California Rule of Professional Conduct 1.16, which governs the withdrawal of attorneys, on the grounds that withdrawal is warranted under the Rules of Professional Conduct.

This motion is made following reasonable advance notice to Dr. Laps that the Brandeis Center would seek leave of Court to withdraw as his counsel on the stated grounds.  (*See* Dince Decl., ¶ 7.)  In addition, pursuant to Local Rule 11-5(a), the Brandeis Center sent written notifications to Dr. Laps on April 5, 2026, and to all counsel of record on April 6, 2026, indicating its intent to seek leave to withdraw as counsel for Dr. Laps.  (Dince Decl., ¶¶ 7, 8.)

This motion is based on the concurrently-filed Memorandum of Points and Authorities, Declaration of David M. Dince, and Proof of Service on Dr. Laps, as well as the pleadings and papers on file in this action and any and all documents properly before this Court at the time of the hearing.

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DR. SHAY LAPS

DATED:      April 7, 2026                    Respectfully Submitted,

THE LOUIS D. BRANDEIS CENTER
FOR HUMAN RIGHTS UNDER LAW


By:      */s/  David M. Dince*
Alyza D. Lewin (*admitted pro hac vice*)
L. Rachel Lerman (CA Bar No. 193080)
David M. Dince (*admitted pro hac vice*)
alyza@lewinlewin.com
rlerman@brandeiscenter.com
ddince@brandeiscenter.com
1717 Pennsylvania Avenue NW, Ste. 1025
Washington, DC 20006
Telephone: 202-559-9296

*Attorneys for Plaintiff Dr. Shay Laps*

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DR. SHAY LAPS