**THE LOUIS D. BRANDEIS CENTER
FOR HUMAN RIGHTS UNDER LAW**
Alyza D. Lewin (*admitted pro hac vice*)
L. Rachel Lerman (CA Bar No. 193080)
David M. Dince (*admitted pro hac vice*)
alyza@lewinlewin.com
rlerman@brandeiscenter.com
ddince@brandeiscenter.com
1776 Eye Street NW
Washington, DC 20006
Telephone: 202-559-9296

*Attorneys for Plaintiff Dr. Shay Laps*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. LAY SHAPS,<br><br>Plaintiff,<br><br>vs.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY; DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,<br><br>Defendants. | Case No. 5:25-cv-05767-SVK<br><br>**DECLARATION OF DAVID M. DINCE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DR. SHAY LAPS**<br><br>Judge:  Hon. Susan van Keulen<br>Date:  May 12, 2026<br>Time:  10:00 a.m.<br>Courtroom:  6 |

1
DECLARATION OF DAVID M. DINCE IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DR. SHAY LAPS

## DECLARATION OF DAVID M. DINCE

I, David M. Dince, declare as follows:

1. I am over the age of eighteen and am an attorney duly licensed to practice law in the State of New York and admitted pro hac vice to appear in this action before this Court. I am a Senior Counsel at The Louis D. Brandeis Center, Inc. d/b/a The Brandeis Center for Human Rights Under Law (the "Brandeis Center"), and an attorney of record for Plaintiff Dr. Shay Laps ("Dr. Laps") in the above-captioned action.

2. I make this declaration in support of the Motion to Withdraw as Counsel for Plaintiff Dr. Shay Laps. This declaration is based upon my personal knowledge and based on files and records in this case. If called upon to testify as to the matters set forth in this declaration, I could and would do so.

3. On April 2, 2026, the Brandeis Center received notice from Cohen Williams LLP ("CW"), co-counsel to Dr. Laps, that CW intended to withdraw as counsel of record in this action and to file a motion to stay this action.

4. The Brandeis Center promptly discussed the circumstances leading up to CW's notice of its intent to withdraw with each of CW and Dr. Laps, and those discussions continued through April 5, 2026. In addition, the Brandeis Center requested and reviewed written communications between Dr. Laps and CW on which the Brandeis Center had not been copied. Pursuant to California Rules of Professional Conduct 1.6 and Business and Professions Code Section 6068(e)(1), I am precluded from disclosing further information about those communications.

5. The Brandeis Center continued to discuss substantive strategic and legal issues with Dr. Laps with respect to the prosecution of this action through Sunday, April 5, 2026. In the course of those communications, Dr. Laps insisted that the Brandeis Center engage in conduct and take

DECLARATION OF DAVID M. DINCE IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DR. SHAY LAPS

positions contrary to the independent professional judgment of the Brandeis Center and counsel of record as required under CRPC 2.1. In addition, in the course of those communications, it became overwhelmingly clear that the attorney-client relationship between Dr. Laps and the Brandeis Center has been irreparably ruptured. Pursuant to California Rules of Professional Conduct 1.6 and Business and Professions Code Section 6068(e)(1), I am precluded from disclosing further information about those communications.

6. It is my good faith belief that fundamental disagreements and Dr. Laps' conduct have rendered it unreasonably difficult for the Brandeis Center to effectively carry out its representation of Dr. Laps.

7. On April 5, 2026, the Brandeis Center informed Dr. Laps of its intent to file a motion to withdraw and to seek a stay of proceedings to enable him to secure new counsel. On April 7, 2026, Dr. Laps advised the Brandeis Center that he intends to oppose the motion to withdraw; however, there has been no resolution of the fundamental disagreements between Dr. Laps and the Brandeis Center that led the Brandeis Center to conclude that it must seek to withdraw.

8. On April 6, the Brandeis Center provided written notice to all counsel of record—Reuven L. Cohen, Kathleen M. Erskine, Talia Nissimyan, and Michael J. Fisher of Cohen Williams LLP; Reid Schar and Laurie Edelstein of Jenner & Block LLP; and Marcie Fitzsimmons and Christina Jacobson Shahkar of Gordon & Rees LLP—of its intent to file a motion to withdraw as counsel to Dr. Laps, and, on that basis, a motion to stay all proceedings to enable Dr. Laps to engage new counsel.

9. Immediately impending deadlines, including Dr. Laps' discovery deadlines, require that Dr. Laps be represented by effective counsel focused on moving this case forward. Those efforts must occur diligently and without delay in order to protect his interests. Each of those tasks requires a stable attorney-client relationship, and I believe in good faith that fundamental disagreements with Dr. Laps

DECLARATION OF DAVID M. DINCE IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DR. SHAY LAPS

have rendered it unreasonably difficult for the Brandeis Center to carry out the representation effectively. Pursuant to California Rules of Professional Conduct 1.6 and Business and Professions Code Section 6068(e)(1), I am precluded from disclosing further information about the facts and circumstances on which my good faith belief is based.

10.    The Brandeis Center has taken reasonable steps to avoid reasonably foreseeable prejudice to the rights of Dr. Laps. The Brandeis Center is separately moving for a stay of this action until this motion is resolved and successor counsel for Dr. Laps appears in this action. The Brandeis Center is also seeking to shorten time to hear the motion to stay, prior to the occurrence of several immediately impending case management events and Dr. Laps' discovery response deadline. No motions are currently pending in this matter, and deadlines leave several months for completion of discovery and trial preparation. Finally, the Brandeis Center stands ready to turn over its file and assist in the transition to new counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of April, 2026, at New York, New York.


                                    */s/ David M. Dince*
                                    David M. Dince

DECLARATION OF DAVID M. DINCE IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DR. SHAY LAPS