Reuven L. Cohen (CA Bar No. 231915)
Email: rcohen@cohen-williams.com
Kathleen M. Erskine (Bar No. 223218)
Email: kerskine@cohen-williams.com
Talia Nissimyan (CA Bar No. 307576)
Email: tnissimyan@cohen-williams.com
Michael J. Fisher (CA Bar No. 354524)
Email: mfisher@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

*Attorneys for Plaintiff Dr. Shay Laps (subject to
Civil L.R. 11-5(b))*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. SHAY LAPS,<br><br>                  Plaintiff,<br><br>        v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY; DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,<br><br>                  Defendants. | Case No. 5:25-cv-05767-SVK<br><br>**PLAINTIFF DR. SHAY LAPS' STATUS REPORT**<br><br>Judge:  Hon. Susan van Keulen |

The Court's Order Conditionally Granting Plaintiff's Counsels' Motions to Withdraw and Granting Motions to Stay dated April 16, 2026 ("April 16, 2026 Order") directed Plaintiff Dr. Shay Laps ("Plaintiff") to file a separate status report by May 14, 2026, in the event that Plaintiff had not found new counsel on that date. (ECF 63 at 5.) The April 16, 2026 Order instructed Cohen Williams LLP ("CW") and the Louis D. Brandeis Center for Human Rights Under Law ("LBC") to file Plaintiff's status report if he remained unrepresented at that time. (*Id.*)

Plaintiff advised CW and LBC this afternoon that he has retained new counsel, Angela Hooper, Esq. and Ameet Sharma, Esq., who intend to file notices of appearance for Plaintiff and a status report for Plaintiff tomorrow, May 15, 2026.

Dated: May 14, 2026

**COHEN WILLIAMS LLP**

By:    */s/ Reuven L. Cohen*

Reuven L. Cohen (CA Bar No. 231915)
Email: rcohen@cohen-williams.com
Kathleen M. Erskine (Bar No. 223218)
Email: kerskine@cohen-williams.com
Talia Nissimyan (CA Bar No. 307576)
Email: tnissimyan@cohen-williams.com
Michael J. Fisher (CA Bar No. 354524)
Email: mfisher@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Tel: 213-232-5162

*Attorneys for Plaintiff Dr. Shay Laps (subject to Civil L.R. 11-5(b))*

PLAINTIFF DR. SHAY LAPS' STATUS REPORT