UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAY LAPS,

        Plaintiff,

    v.

THE LELAND STANFORD JUNIOR UNIVERSITY, et al.,

        Defendants.

Case No.  25-cv-05767-SVK

**ORDER LIFTING STAY, CONFIRMING CASE SCHEDULE AND RESETTING CASE MANAGEMENT CONFERENCE**

Re: Dkt. Nos. 63, 67-69

On April 16, 2026, the Court conditionally granted the Louis D. Brandeis Center for Human Rights Law ("LBC") and Cohen Williams LLP ("CW") motions to withdraw as counsel and stay the case to give Plaintiff time to seek new counsel.  Dkt. 63.  The Court also extended all subsequent case deadlines by 30 days, ordered Plaintiff to file a status report on May 14, 2026 and set a case management conference for May 19, 2026. *Id.* at 4-5.

Plaintiff has retained new counsel, and new counsel have made an appearance.  Dkt. 63, 67-69.  Accordingly, pursuant to Dkt. 63, the Court **LIFTS** the stay of this action and **CONFIRMS** the following case schedule:

| Scheduled Event | New Deadline |
| --- | --- |
| Close of fact discovery | August 14, 2026 |
| Initial expert disclosures | August 28, 2026 |
| Rebuttal expert disclosures | September 18, 2026 |
| Close of expert discovery | October 16, 2026 |
| Dispositive motions | November 13, 2026 |
| Dispositive motion hearing | December 17, 2026 |

United States District Court
Northern District of California

United States District Court
Northern District of California

| Pretrial conference | March 11, 2027 |
|---|---|
| | Deadlines under Civil Pretrial Standing Order: |
| | Deadline to meet and confer re Pretrial Filings: February 11, 2027 |
| | Pretrial Filings due: February 25 and March 4, 2027 |
| Trial | March 22, 2027 |

Moreover, the Court previously explained that it "will finalize the withdrawal of CW and LBC" upon appearance of new counsel. Dkt. 63 at 4. The first condition for CW and LBC's withdrawal of counsel has been met. *See id.* However, because it appears that new counsel was only retained on May 14, 2026, it is not clear that the second two conditions have been satisfied. *See id.*; Dkt. 67. Accordingly, prior to the Court confirming CW and LBC's withdrawal as counsel of record, they must file a joint status report confirming that the second and third conditions for withdrawal have been met.

Finally, in light of the foregoing, the case management conference set for May 19, 2026 is **VACATED**. The Court sets a further case management conference on **September 8 , 2026, at 9:30 a.m.** via videoconference; the Parties' joint status report is due **September 1, 2026**.

**SO ORDERED.**

Dated: May 18, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

2