Reuven L. Cohen (CA Bar No. 231915)
Email: rcohen@cohen-williams.com
Kathleen M. Erskine (Bar No. 223218)
Email: kerskine@cohen-williams.com
Talia Nissimyan (CA Bar No. 307576)
Email: tnissimyan@cohen-williams.com
Michael J. Fisher (CA Bar No. 354524)
Email: mfisher@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

*Attorneys for Plaintiff Dr. Shay Laps (subject to Civil L.R. 11-5(b))*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. SHAY LAPS,<br><br>        Plaintiff,<br><br>   v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY; DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,<br><br>        Defendants. | Case No. 5:25-cv-05767-SVK<br><br>**COHEN WILLIAMS LLP AND THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW'S JOINT STATUS REPORT**<br><br>Judge: Hon. Susan van Keulen |

COHEN WILLIAMS LLP AND THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW'S
JOINT STATUS REPORT

The Court's Order Lifting Stay, Confirming Case Schedule and Resetting Case Management Conference dated May 18, 2026 ("May 18, 2026 Order") directed Cohen Williams LLP ("CW") and The Louis D. Brandeis Center for Human Rights Under Law ("LBC") to file a joint status report confirming that the conditions for withdrawal have been met.[1]  (Dkt. 70 at 2.)  Those conditions were provided in the Court's Order Conditionally Granting Plaintiff's Counsels' Motions to Withdraw and Granting Motions to Stay dated April 16, 2026 ("April 16, 2026 Order").  (Dkt. 63 at 4.)  The April 16 Order provided:

"CW and LBC may withdraw subject to the following conditions:

- CW and LBC **shall** continue to accept service and shall promptly forward all served papers and notifications from the Court to Plaintiff until such time as new counsel files an appearance in this action pursuant to Civil L.R. 11-5(b);

- CW and LBC **shall**, consistent with their duties of professional responsibility under California rules, act diligently to facilitate the transition of their case file to new counsel, once retained.

- CW and LBC **shall**, as proffered on the record, cooperate as reasonably necessary to bring new counsel up to speed on all aspects of the litigation."

*Id.*

The conditions for withdrawal have been satisfied.  At Plaintiff's request, CW provided Plaintiff's client file, less material Defendants designated Attorneys' Eyes Only, directly to Plaintiff on April 28, 2026, with an explanation of options for overcoming the complications posed by Attorneys' Eyes Only material.  On the same date, CW also provided Plaintiff a transition memo containing all information reasonably necessary to continuing Dr. Laps' representation and that any future counsel could use to get up to speed on all aspects of the litigation.  CW continued to accept service and promptly forwarded all served papers and notifications from the Court to Plaintiff through and including May 14, 2026.  On May 14, 2026, Plaintiff advised CW and LBC that he had retained new counsel, Angela Hooper and Ameet Sharma. (Dkt. 67.)  On May 15, 2026, Ms. Hooper filed a Notice of Appearance. (Dkt. 68.)  CW provided Plaintiff's client file, transition memo, and material designated Attorneys' Eyes Only to Ms. Hooper on May 18, 2026, and corresponded regarding specific aspects of the status of this litigation in response to Ms. Hooper's questions.  Also on May 18, CW offered to confer with Ms. Hooper live to provide any

---

[1] On May 19, 2026, CW mistakenly completed the ministerial ECF withdrawal process for some, but not all, CW attorneys then appearing on the docket.  CW did not intend to circumvent the Court's order for finalizing withdrawal and apologizes to the Court for the error.

COHEN WILLIAMS LLP AND THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW'S
JOINT STATUS REPORT

additional assistance that may be reasonably necessary to get her up to speed, requesting dates and times convenient to Ms. Hooper.

Subject to final confirmation and review, LBC does not have any responsive files other than those that duplicate the material CW has provided to counsel.

CW and LBC intend to continue to cooperate with Ms. Hooper as reasonably necessary, and to take any and all steps necessary to comply with any withdrawal and transition obligations, now and in the future, pursuant to applicable rules and law.

CW and LBC respectfully submit that the conditions required by this Court's April 16, 2026 Order and May 18, 2026 Order have been met.  CW and LBC respectfully request that their withdrawal be finalized.

Dated: May 20, 2026

**COHEN WILLIAMS LLP**

By:   */s/ Talia Nissimyan*
Reuven L. Cohen (CA Bar No. 231915)
Email: rcohen@cohen-williams.com
Kathleen M. Erskine (Bar No. 223218)
Email: kerskine@cohen-williams.com
Talia Nissimyan (CA Bar No. 307576)
Email: tnissimyan@cohen-williams.com
Michael J. Fisher (CA Bar No. 354524)
Email: mfisher@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Tel: 213-232-5162

*Attorneys for Plaintiff Dr. Shay Laps (subject to Civil L.R. 11-5(b))*

COHEN WILLIAMS LLP AND THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW'S JOINT STATUS REPORT