# EXHIBIT A

## *Plaintiff's Proposed Order*

Ameet O'Rattan Sharma (354399)
Angela Hooper (334269)
**AMEET SHARMA, ATTORNEY-AT-LAW**
757 Miller Ave
Chico, CA 95928
Phone: (916) 932-8928
Email: ameet@omnifirms.com
Email: a.hooper@omnifirms.com

*Attorneys for Plaintiff*
*Dr. Shay Laps*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DR. SHAY LAPS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY and DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,<br><br>　　　　　Defendants. | Case No. 5:25-cv-05767-SVK<br><br>The Honorable Susan van Keulen<br><br>**[PROPOSED] ORDER RE DISCOVERY DISPUTES**<br><br>Complaint Filed: July 10, 2025 |

Having considered the Parties' joint statement regarding (1) Dr. Laps' outstanding responses to Defendants' First Set of Requests for Production, (2) Dr. Laps' outstanding responses to Stanford's First Set of Interrogatories, and (3) Dr. Laps' deposition, and good cause appearing, the Court hereby **ORDERS** as follows:

1. Plaintiff Dr. Shay Laps shall have thirty (30) days from the date of this Order to serve responses to Defendants' outstanding First Sets of Requests for Production and Stanford's First Set of Interrogatories.

2. The Court finds good cause to modify the scheduling order based on Plaintiff's current counsel's recent substitution into the case, the volume of documents produced, Plaintiff's

and counsel only recently having obtained the required ESI software to access all the discovery documents.

3.    The scheduling order is modified as follows:

a.    The fact discovery deadline is extended from August 14, 2026 to February 15, 2027.

b.    A six-month extension on the trial date and all trial-related deadlines.

4.    Plaintiff shall provide Defendants will available deposition dates within thirty (30) days of this order.

**SO ORDERED.**

DATED:_____

By:    _____
The Honorable Susan van Keulen
United States Magistrate Judge

JOINT STATEMENT RE DISCOVERY DISPUTES                    CASE NO. 5:25-cv-05767-SVK