# EXHIBIT B

## *Defendants' Proposed Order*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, CA 94105

| | |
|---|---|
| DR. SHAY LAPS,<br><br>               Plaintiff,<br><br>     v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY and DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,<br><br>               Defendants. | Case No. 5:25-cv-05767-SVK<br><br>The Honorable Susan van Keulen<br><br>**[PROPOSED] ORDER RE DISCOVERY DISPUTES**<br><br>Action Filed: July 10, 2025 |

Having considered the Parties' joint statement regarding (1) Dr. Laps' outstanding responses to Defendants' First Sets of Requests for Production ("RFPs"), (2) Dr. Laps' outstanding responses to Stanford's First Set of Interrogatories ("Interrogatories"), and (3) Dr. Laps' deposition, the Court hereby **ORDERS** the following:

1. Within seven days of the date of this Order, Dr. Laps must provide substantive responses to Stanford's Interrogatories and Defendants' RFPs and produce documents. Dr. Laps may not simply assert objections to the discovery requests.

2. Within seven days of the date of this Order, Dr. Laps must provide Defendants his availability for an in-person deposition. The deposition shall take place within thirty days of the date of this Order.

**SO ORDERED.**

Dated: _____, 2026

By: _____
     The Honorable Susan van Keulen
     United States Magistrate Judge