# EXHIBIT E

## *Stanford's First Set of Interrogatories to Dr. Laps*

Reid J. Schar (Bar No. 238948)
Laurie Edelstein (Bar No. 164466)
JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, California 94105
Telephone: (628) 267-6800
RSchar@jenner.com
LEdelstein@jenner.com

Marcie Isom Fitzsimmons (Bar No. 226906)
Christina Shahkar (Bar No. 356982)
GORDON REES SCULLY MANSUKHANI
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
misom@grsm.com

*Attorneys for Defendants*
*The Board of Trustees of The Leland Stanford Junior University*
*and Danny Hung-Chieh Chou*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DR. SHAY LAPS,<br><br>                    Plaintiff,<br><br>        v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY and DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,<br><br>                    Defendants. | Case No. 5:25-cv-05767-SVK<br><br>The Honorable Susan van Keulen<br><br>**DEFENDANT THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S FIRST SET OF INTERROGATORIES TO PLAINTIFF SHAY LAPS**<br><br>Action Filed:  July 10, 2025 |

PROPOUNDING PARTY:    Defendant The Board of Trustees of the Leland Stanford Junior

University (named as The Leland Stanford Junior University)

RESPONDING PARTY:    Plaintiff Shay Laps

SET NUMBER:        ONE

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, the Local Rules of this Court, and any order entered in or applicable to the above-referenced litigation, defendant The Board of Trustees of the Leland Stanford Junior University (named as The Leland Stanford Junior University) ("Stanford"), by and through its undersigned counsel, hereby requests that plaintiff Shay Laps answer separately and fully, in writing and under oath, the following interrogatories in accordance with the instructions and definitions set forth below.

Your responses to these interrogatories (including any objections) must be served no later than 30 days after service of these requests pursuant to Federal Rule of Civil Procedure 33(b)(2).

These interrogatories are continuing in nature and require supplemental responses to the extent required by Federal Rule of Civil Procedure 26(e).

## DEFINITIONS

1.      **"Complaint"** means the First Amended Complaint that Shay Laps filed on January 22, 2026 (ECF No. 51).

2.      **"Identify"** means to provide the factual basis for any response to the interrogatory, provide the full name(s) of person(s) most knowledgeable about the facts giving rise to the response, and produce and specify by Bates number any documents referenced or relied upon in responding to the interrogatory.

     a.      In the case of a document, the response should further include:

        i.      The document's title and date, if any, as well as a brief description of its subject matter;

        ii.      The type or nature of the document (e.g., e-mail, letter, memorandum, spreadsheet, presentation, chart, laboratory notebook, etc.) and the number of pages in it;

        iii.      The identity of any person who prepared the document (and, if different, the identity of any person who signed the document);

        iv.      The date the document was drafted;

        v.      The identity of any person who received a copy of the document (whether an addressee or otherwise);

JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, CA 94105

2

vi.     The present whereabouts of the document and the identity of its custodian; and

vii.     All other means of identifying the document with sufficient particularity to support a request for production under Rule 34 of the Federal Rules of Civil Procedure.

    b.     In the case of a person, the response should further include:

      i.     The person's home and business addresses (present or last known);

      ii.     The person's full name; and

      iii.     The time period and nature of each of his or her present and prior employment positions or affiliations with plaintiff, if any.

3.     **"Person(s)"** includes a natural person, firm, association, organization, partnership, business, trust, corporation, or public entity.

4.     **"Stanford"** means The Leland Stanford Junior University and all of its employees and agents or other persons acting on its behalf.

5.     **"You"** and **"Your"** mean plaintiff Shay Laps and all current and former persons authorized to act on your behalf.

## INSTRUCTIONS

1.     If any interrogatory cannot be fully answered, provide an answer to the fullest extent possible, specifying in detail why the remainder of the question cannot be answered, and state what efforts were made to obtain the information requested by the unanswered portions of the interrogatory, and who undertook such efforts.

2.     If you do not have personal knowledge sufficient to respond fully to an interrogatory, state with particularity the reason or reasons you lack such knowledge, but you must make a reasonable and good faith effort to obtain the information by inquiry to other persons.

3.     If you object to answering an interrogatory, your objection must be fully and specifically stated, including the grounds for the objection.

4.     Each interrogatory shall be construed independently, and no interrogatory shall limit the scope of any other interrogatory.

**JENNER & BLOCK LLP**
**525 Market Street, 29th Floor**
**San Francisco, CA 94105**

3

5.     If an interrogatory requests the identity of a person, state to the extent known his or her full name; present or last known address; present or last known business address; present or last known title or occupation; and present or last known employer.

6.     If an interrogatory requests the identity of a business entity, state to the extent known the full name; the address of the principal business; the state of incorporation; the location of divisions, branches, or offices, which are connected with or handled the matters referred to in the interrogatory; and the identity of the person acting or purporting to act on behalf of the business entity in connection with the matters referred to in the interrogatory.

7.     If an interrogatory refers to or seeks a description of an act, transaction, occurrence, dealing, or instance, state to the extent known the date, including year, month, and day when it occurred; the place where it occurred; the identity of each person participating in the act, transaction, occurrence, dealing, or instance; on whose behalf each person who participated or purported to participate; the nature, subject matter, and surrounding circumstances; the nature and substance of all conversations or all communications occurring during or in connection with the act, transaction, occurrence, dealing, or instance; and identify all documents relating to it.

8.     If attorney-client privilege or work-product protection under Federal Rule of Civil Procedure 26 is claimed with respect to a document or oral communication for which information or identification is sought, a separate list of all such documents or oral communications shall be served with the answers. This separate list shall identify each document or oral communication by author, recipient, and recipients of copies (including such person's title and whether or not they are attorneys), the date of such document or oral communication, and a brief summary of the subject matter of the document or oral communication.

9.     If you elect to employ the procedure permitted by Rule 33(d) of the Federal Rules of Civil Procedure, for each interrogatory relies on Rule 33(d), you must specify the production numbers of the particular documents with the information the interrogatory requested, and separately for each document, specify the document's source (*i.e.*, the name of its custodian or its location in the ordinary course of business, *e.g.*, file pathway) as well as the document's author and date of preparation (if not apparent from the document's face).

**JENNER & BLOCK LLP**
**525 Market Street, 29th Floor**
**San Francisco, CA 94105**

4

**INTERROGATORIES**

**INTERROGATORY NO. 1:**

Identify every person you believe was involved in any attempt "to push [you] out of Stanford" based on your religion and/or national identity. (First Am. Compl. ¶ 95.)

**INTERROGATORY NO. 2:**

Identify every person you believe has discriminated against you in connection with your educational, academic, or research endeavors based on your religion and/or national identity.

**INTERROGATORY NO. 3:**

Itemize all economic damages you purportedly have suffered as a result of the conduct or actions alleged in your complaint and each claim for relief, including but not limited to unpaid wages, lost earnings, and lost benefits.

**INTERROGATORY NO. 4:**

Itemize all non-economic damages you purportedly have suffered as a result of the conduct or actions alleged in your complaint and each claim for relief, including but not limited to emotional stress, physical stress, and reputational harm.

**INTERROGATORY NO. 5:**

Identify every person from whom you have sought treatment for any emotional or physical distress you purportedly have suffered as a result of the conduct or actions alleged in your complaint and each claim for relief.

**JENNER & BLOCK LLP**
525 Market Street, 29th Floor
San Francisco, CA 94105

5

Dated: February 17, 2026                    JENNER & BLOCK LLP


                                     By:    /s/ *Reid J. Schar*
                                            Reid J. Schar (Bar No. 238948)
                                            Laurie Edelstein (Bar No. 164466)
                                            525 Market Street, 29th Floor
                                            San Francisco, CA 94105-2708
                                            Telephone: (628) 267-6800
                                            RSchar@jenner.com
                                            LEdelstein@jenner.com

                                            Marcie Isom Fitzsimmons (Bar No. 226906)
                                            Christina Shahkar (Bar No. 356982)
                                            GORDON REES SCULLY MANSUKHANI
                                            315 Pacific Avenue
                                            San Francisco, CA 94111
                                            Telephone: (415) 986-5900
                                            misom@grsm.com

                                            *Attorneys for Defendants*
                                            *The Board of Trustees of The Leland Stanford*
                                            *Junior University and Danny Hung-Chieh Chou*

JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, CA 94105

6

JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, CA 94105

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2026, I served the foregoing **DEFENDANT THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S FIRST SET OF INTERROGATORIES TO PLAINTIFF SHAY LAPS** on counsel of record for Plaintiff via electronic mail, as follows:

**COHEN WILLIAMS LLP**
Reuven L. Cohen (rcohen@cohen-williams.com)
Kathleen M. Erskine (kerskine@cohen-williams.com)
Talia Nissimyan (tnissimyan@cohen-williams.com)
Michael Fisher (mfisher@cohen-williams.com)
724 South Spring Street, 9th Floor
Los Angeles, CA 90014

**THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW**
L. Rachel Lerman (rlerman@brandeiscenter.com)
David M. Dince (ddince@brandeiscenter.com)
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on February 17, 2026, in San Francisco, California.

By: */s/ Nicole Widra*
Nicole Widra

7