# EXHIBIT F

## *Defendants' Notice of Deposition of Dr. Shay Laps*

Reid J. Schar (Bar No. 238948)
Laurie Edelstein (Bar No. 164466)
JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, California 94105
Telephone: (628) 267-6800
RSchar@jenner.com
LEdelstein@jenner.com

Marcie Isom Fitzsimmons (Bar No. 226906)
Christina Shahkar (Bar No. 356982)
GORDON REES SCULLY MANSUKHANI
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
misom@grsm.com

*Attorneys for Defendants*
*The Board of Trustees of The Leland Stanford Junior University*
*and Danny Hung-Chieh Chou*

JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, CA 94105

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DR. SHAY LAPS,<br><br>                  Plaintiff,<br><br>     v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY and DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,<br><br>                 Defendants. | Case No. 5:25-cv-05767-SVK<br><br>The Honorable Susan van Keulen<br><br>**DEFENDANTS' NOTICE OF DEPOSITION OF DR. SHAY LAPS**<br><br>Date:      July 7 and 8, 2026<br>Time:     9:00 a.m.<br>Location:  JENNER & BLOCK LLP<br>              525 Market Street, 29th Floor<br>              San Francisco, CA 94105 |

**TO PLAINTIFF AND HIS COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants The Board of Trustees of The Leland Stanford Junior University and Danny Hung-Chieh Chou ("Defendants"), by and through their attorneys, will take the deposition of Plaintiff Dr. Shay Laps at the office of Jenner & Block LLP, 525 Market Street, 29th Floor, San Francisco, CA 94105, commencing at 9:00 a.m. Pacific Time on July 7 and 8, 2026, and continuing from day to day (excluding Saturdays, Sundays, and legal holidays) until completed. The deposition will be taken upon oral examination before a court reporter authorized to administer oaths under the laws of the State of California.

PLEASE TAKE FURTHER NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(3), the deposition will be videotaped and recorded by an officer duly qualified to administer oaths, and will be recorded stenographically, through the instant visual display of testimony and/or by videotape. Defendants reserve the right to use the recorded testimony at trial. The deposition will be taken in accordance with and for all purposes permissible under the Federal Rules of Civil Procedure.

Dated: June 4, 2026                    JENNER & BLOCK LLP

By:    /s/ *Reid J. Schar*
       Reid J. Schar (Bar No. 238948)
       Laurie Edelstein (Bar No. 164466)
       525 Market Street, 29th Floor
       San Francisco, CA 94105-2708
       Telephone: (628) 267-6800
       RSchar@jenner.com
       LEdelstein@jenner.com

       Marcie Isom Fitzsimmons (Bar No. 226906)
       Christina Shahkar (Bar No. 356982)
       GORDON REES SCULLY MANSUKHANI
       315 Pacific Avenue
       San Francisco, CA 94111
       Telephone: (415) 986-5900
       misom@grsm.com

       *Attorneys for Defendants*
       *The Board of Trustees of The Leland Stanford*
       *Junior University and Danny Hung-Chieh Chou*

JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, CA 94105

**JENNER & BLOCK LLP**
**525 Market Street, 29th Floor**
**San Francisco, CA 94105**

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2026, I served the foregoing **NOTICE OF DEPOSITION OF DR. SHAY LAPS** on counsel of record for Plaintiff via electronic mail, as follows:

> Angela M. Hooper
> Ameet Sharma Attorney at Law
> 757 Miller Avenue
> Chico, CA 95928
> a.hooper@omnifirms.com
> ameet@omnifirms.com

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on June 4, 2026, in San Francisco, California.

By: */s/ Nicole Widra*

DEFENDANTS' NOTICE OF DEPOSITION OF DR. SHAY LAPS          CASE NO. 5:25-cv-05767-SVK