Ameet O'Rattan Sharma (SBN 354399)
Angela Hooper (SBN 334269)
**AMEET SHARMA, ATTORNEY-AT-LAW**
757 Miller Ave
Chico, CA 95928
Phone: (916) 932-8928
Email: ameet@omnifirms.com
Email: a.hooper@omnifirms.com

Attorney for Plaintiff
DR. SHAY LAPS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DR. SHAY LAPS,<br><br>                    Plaintiff,<br><br>          v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY, and DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,<br><br>                    Defendants. | Case No.: 5:25-CV-05767-SVK<br><br>The Honorable Susan van Keulen<br><br>**PLAINTIFF DR. SHAY LAPS' EX PARTE APPLICATION TO EXTEND SCHEDULING ORDER**<br><br>Date:              July 17, 2026<br>Time:             9:00 AM<br>Location:       Courtroom 6<br><br>Action Filed:   July 10, 2025 |

PLAINTIFF DR. SHAY LAPS' EX PARTE APPLICATION TO EXTEND SCHEDULING ORDER

## NOTICE OF APPLICATION

### TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that on, July 17, 2026, at 9:00 AM, or as soon thereafter as the Court is available, Plaintiff Dr. Shay Laps ('Dr. Laps") will appear through counsel before the Honorable Susan van Keulen, and hereby does move this Court for an order extending the current scheduling order by six months, including the current August 14, 2026 fact discovery deadline, November 13, 2026 expert discovery deadline, March 22, 2027 trial date, and all related pretrial deadlines.

Plaintiff respectfully requests that the hearing on this Ex Parte Application be held remotely, by telephone or videoconference, as the Court deems appropriate. Civil Local Rule 7-1(b) permits the Court, in its discretion and upon request by counsel and with the Court's approval, to determine a motion without oral argument or by telephone conference call. Plaintiff therefore respectfully requests leave for counsel to appear remotely at the hearing on this Application.

This Ex Parte Application is authorized by Fed Rules of Civil Procedure Rule 6(c)(1)(A-C), which permits a party, for good cause, to apply ex parte for a court order setting a different time, and by the Court's authority under Rule 16(b)(4) to modify a scheduling order for good cause. This Application is based on this Notice, the following Memorandum of Points and Authorities, the concurrently filed declaration of Angela Hooper, the pleadings and records on file, the parties' Joints Statement Regarding Discovery Disputes, and any further argument or evidence the Court may consider.

DATED: July 10, 2026

AMEET SHARMA, ATTORNEY-AT-LAW

/s/Angela Hooper

Ameet Sharma
Angela Hooper
Attorneys for Plaintiff
Dr. Shay Laps

PLAINTIFF DR. SHAY LAPS' EX PARTE APPLICATION TO EXTEND SCHEDULING ORDER