Ameet O'Rattan Sharma (SBN 354399)
Angela Hooper (SBN 334269)
**AMEET SHARMA, ATTORNEY-AT-LAW**
757 Miller Ave
Chico, CA 95928
Phone: (916) 932-8928
Email: ameet@omnifirms.com
Email: a.hooper@omnifirms.com

Attorney for Plaintiff
DR. SHAY LAPS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DR. SHAY LAPS, | Case No.: 5:25-CV-05767-SVK |
| Plaintiff, | The Honorable Susan van Keulen |
| v. | **DECLARATION OF ANGELA HOOPER IN SUPPORT OF PLAINTIFF DR. SHAY LAPS' EX PARTE APPLICATION TO EXTEND SCHEDULING ORDER** |
| THE LELAND STANFORD JUNIOR UNIVERSITY, and DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities, | |
| Defendants. | Date:        July 17, 2026<br>Time:        9:00 AM<br>Location:    Courtroom 6 |
| | Action Filed:    July 10, 2025 |

//

//

//

1

DECLARATION OF ANGELA HOOPER IN SUPPORT OF PLAINTIFF DR. SHAY LAPS' EX PARTE APPLICATION TO EXTEND SCHEDULING ORDER

## DECLARATION OF ANGELA HOOPER

I, Angela Hooper, declare as follows:

1.    I am counsel of record for Plaintiff Dr. Shay Laps. I have personal knowledge of the matters set forth in this declaration and could competently testify to them.

2.    Plaintiff's current counsel substituted into this matter on May 27, 2026 after thousands of documents had been produced by both parties and the Court had entered ESI obligations in this case.

3.    Portions of the case file and productions could not be meaningfully accessed, searched, viewed, or organized without specialized ESI software.

4.    On June 9 and 10, 2026, I spoke with attorneys from Cohen Williams regarding out firm's inability to access and review portions of the transferred file. Prior counsel provided contact information for the e-discover liaison used in this matter.

5.    I also conferred with Defendants' counsel regarding these access limitations on June 26, 2026 by videoconference. The parties were unable to resolve this, and other disputes regarding discovery.

6.    The current scheduling order sets the facts discovery cutoff for August 14, 2026, the expert witness discovery cutoff for November 13, 2026, and trial for March 22, 2027.

7.    In compliance with Local Rule 6-3(5) a previous time modification was granted in this case on August 29, 2025. *See* ECF No. 31.

8.    Without a six-month extension, Plaintiff's counsel will not have a meaningful opportunity to access the ESI record and respond appropriately to Defendants discovery requests, prepare Dr. Laps for deposition, and ultimately prepare for trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 10, 2026.

/s/Angela Hooper

_____

Angela Hooper

DECLARATION OF ANGELA HOOPER IN SUPPORT OF PLAINTIFF DR. SHAY LAPS' EX PARTE APPLICATION TO EXTEND SCHEDULING ORDER