Ameet O'Rattan Sharma (SBN 354399)
Angela Hooper (SBN 334269)
**AMEET SHARMA, ATTORNEY-AT-LAW**
757 Miller Ave
Chico, CA 95928
Phone: (916) 932-8928
Email: ameet@omnifirms.com
Email: a.hooper@omnifirms.com

Attorney for Plaintiff
DR. SHAY LAPS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DR. SHAY LAPS,<br><br>            Plaintiff,<br><br>        v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY, and DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,<br><br>            Defendants. | Case No.: 5:25-CV-05767-SVK<br><br>The Honorable Susan van Keulen<br><br>**[PROPOSED ORDER] EXTENDING THE SCHEDULING ORDER**<br><br>Date:            July 17, 2026<br>Time:            9:00 AM<br>Location:        Courtroom 6<br><br>Action Filed:    July 10, 2025 |

[PROPOSED ORDER] EXTENDING THE SCHEDULING ORDER

**[PROPOSED] ORDER**

Having considered Plaintiff Dr. Shay Laps' Ex Parte Application, the supporting Memorandum, supporting Declaration, and all other pleadings and papers on file in this action, this Court finds that Plaintiff has demonstrated good cause to modify the currently scheduling order.

**IT IS HEREBY ORDERED:**

1.    The fact discovery cutoff is extended from August 14, 2026 to February 15, 2027.

2.    The expert discovery cutoff is extended from November 13, 2026 to May 13, 2027.

3.    The march 22, 2027 trial date is continued to September 2, 2027.

4.    All related pre-trial deadlines are extended six months or reset consistent with the new trial date.

**IT IS SO ORDERED.**

Dated: _____

By:    _____
       The Honorable Susan van Keulen
       United States Magistrate Judge

[PROPOSED ORDER] EXTENDING THE SCHEDULING ORDER