Ameet O'Rattan Sharma (SBN 354399)
Angela Hooper (SBN 334269)
**AMEET SHARMA, ATTORNEY-AT-LAW**
757 Miller Ave
Chico, CA 95928
Phone: (916) 932-8928
Email: ameet@omnifirms.com
Email: a.hooper@omnifirms.com

Attorney for Plaintiff
DR. SHAY LAPS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DR. SHAY LAPS, | Case No.: 5:25-CV-05767-SVK |
| Plaintiff, | The Honorable Susan van Keulen |
| v. | **CERTIFICATE OF SERVICE** |
| THE LELAND STANFORD JUNIOR UNIVERSITY, and DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities, | |
| Defendants. | Date:        July 17, 2026<br>Time:       9:00 AM<br>Location:  Courtroom 6 |
| | Action Filed:   July 10, 2025 |

1

I, Angela M. Hooper, hereby declare as follows:

I am over 18 years old, and I am not a party to this action. The principle address of my employment is 757 Miller Avenue, Chico, California 95928. On July 9, 2026. Our office filed the following documents electronically with the Clerk of the Court using the CM/ECF system, which will sent a notification of such filing to counsel.

1.    **PLAINTIFF DR. SHAY LAPS' EX PARTE APPLICATION TO EXTEND SCHEDULING ORDER**

2.    **PLAINTIFF DR. SHAY LAPS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION TO EXTEND SCHEDULING ORDER**

3.    **DECLARATION OF ANGELA HOOPER IN SUPPORT OF PLAINTIFF DR. SHAY LAPS' EX PARTE APPLICATION TO EXTEND SCHEDULING ORDER**

4.    **[PROPOSED] ORDER EXTENDING THE SCHEDULING ORDER.**

The foregoing documents were sent to the following counsel:

| | |
|---|---|
| Reid J. Schar (Bar No. 238948)<br>Email: RSchar@jenner.com<br>Laurie Edelstein (Bar No. 164466)<br>Email: LEdelstein@jenner.com<br>**JENNER & BLOCK LLP**<br>525 Market Street, 29th Floor<br>San Francisco, CA 94105<br><br>*Attorneys for Defendants* | Marcie Isom Fitzsimmons (Bar No. 226906)<br>Email: misom@grsm.com<br>Christina Shahkar (Bar No. 356982)<br>cshahkar@grsm.com<br>**GORDON REES SCULLY MANSUKHANI**<br>315 Pacific Avenue<br>San Francisco, CA 94111<br><br>*Attorneys for Defendants* |

DATED: July 10, 2026                    /s/Angela Hooper

                                        _____

                                        Angela Hooper