UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAY LAPS,<br><br>        Plaintiff,<br><br>        v.<br><br>THE LELAND STANFORD JUNIOR<br>UNIVERSITY, et al.,<br><br>        Defendants. | Case No.  25-cv-05767-SVK<br><br>**ORDER RE DISCOVERY DISPUTE AT DKT. 78 AND MODIFYING CASE SCHEDULE**<br><br>Re: Dkt. No. 78 |

Before the Court is the Parties' Joint Submission pursuant to which Defendants seek to compel a deadline for Plaintiff to respond to interrogatories and requests for production and to sit for deposition.  Dkt. 78 at 4.  In addition to these issues, Plaintiff seeks a six-month extension of the case schedule and indicates that he will seek a protective order to allow his deposition to proceed remotely.  Dkt. 78 at 3-4.  The Court has considered the litigation history, including the withdrawal of prior and substitution of new counsel for Plaintiff;  the relevant Rules of Civil Procedure; and the Parties' arguments.  The Court determines that the issues presented may be resolved without oral argument. Civil L.R. 7-1(b).  Accordingly, the Court **GRANTS** Defendants' request for deadlines regarding pending discovery, and the Court **GRANTS** a modest extension of the case schedule, as reasoned below.

Transfer of cases between counsel is rarely seamless, despite best efforts in transition. That appears to be the case here, where the transition occurred after substantial document productions by both sides.  In the Joint Submission, Plaintiff's counsel anticipated that the transition issues would be resolved no later than July 6th, which while longer than ideal, is not entirely unreasonable under the circumstances presented.  For their part, Defendants have accommodated the transition delays, while appropriately protecting their interest in the case

United States District Court
Northern District of California

moving forward.  Now the case is well positioned to proceed.  Accordingly, the Court **ORDERS** as follows:

1. **No later than July 31, 2026**, Plaintiff shall serve **VERIFIED** written responses to both the pending interrogatories and requests for production and produce responsive documents;

2. **No later than August 28, 2026,** Plaintiff shall appear for deposition as presently noticed.

3. This Order is **without prejudice to Plaintiff moving for a protective order** setting forth good cause for a remote deposition.  Any such request must follow conform to the following:

   a.  It must be in the form of a Joint Submission and follow robust meet and confer between the Parties;

   b. It must include a proposal for a specific date no later than August 28th and a specific location of the deposition in a venue where the deposition is permissible by law;

   c.  It must be supported by sworn statements under penalty of perjury from both Plaintiff and Plaintiff's counsel as to the supporting facts and law.  **No later than August 7, 2026**, a draft Joint Submission and the supporting declarations must be provided to defense counsel;

   d. Defense counsel may also submit not more than two responsive declarations, drafts of which must be provided to Plaintiff's counsel no later than August 12, 2026.

   e. The Joint Submission must be filed **no later than August 14, 2028**.

////

////

////

////

////

United States District Court
Northern District of California

4.   In light of the transition to new counsel and the deadlines above, the Court extends all case deadlines by approximately 90 days, with adjustments to accommodate the Court's schedule.  Accordingly, the modified case schedule is as follows:

| Scheduled Event | New Deadline |
| --- | --- |
| Close of fact discovery | November 13, 2026 |
| Initial expert disclosures | November 27 2026 |
| Rebuttal expert disclosures | December 18, 2026 |
| Close of expert discovery | January 22, 2027 |
| Dispositive motions | February 16, 2027 |
| Dispositive motion hearing | March 30, 2027 |
| Pretrial conference | June 10, 2027<br><br>Deadlines under Civil Pretrial Standing Order:<br>Deadline to meet and confer re Pretrial Filings:<br>May 11, 2027<br><br>Pretrial Filings due:<br>May 20 and May 27, 2027 |
| Trial | June 21, 2027 |

**SO ORDERED.**

Dated: July 14, 2026

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate Judge