Ameet O'Rattan Sharma (SBN 354399)
Angela Hooper (SBN 334269)
**AMEET SHARMA, ATTORNEY-AT-LAW**
757 Miller Ave
Chico, CA 95928
Phone: (916) 932-8928
Email: ameet@omnifirms.com
Email: a.hooper@omnifirms.com

Attorney for Plaintiff
Dr. Shay Laps

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DR. SHAY LAPS,<br><br>Plaintiff,<br><br>v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY, and DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,<br><br>Defendants. | Case No.: 5:25-CV-05767-SVK<br><br>The Honorable Susan van Keulen<br><br>**DECLARATION OF DR. SHAY LAPS IN SUPPORT OF PLAINTIFF'S POSITION OF PARTIES' JOINT STATEMENT**<br><br>Action Filed: July 10, 2025 |

I, Dr. Shay Laps, declare as follows:

1. I am the Plaintiff in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. I presently reside in Germany and work full-time in Germany. I do not reside in California or elsewhere in the United States.

3. I wanted to bring to this Court's attention certain deficiencies with Stanford's discovery production that I have noticed from the information that has been available to me through my counsel. According to the Brandeis Center and CohenWilliams, Stanford and Danny Chou claimed for many months that there was a problem with their ESI vendor, and later alleged computer related issues leading to Defendants' insufficient document production.

4. I have provided all of my electronic devices so they could be searched and sourced for relevant information and evidence in this lawsuit. I understood the current ESI Order to require Defendants to do the same. Based on the information available to me, I believe that Danny Chou's email accounts and cell phones have not been data-sourced in the same manner as my devices. I also have information and belief that communications exist between Danny Chou and Ashraf Brik, Norman Metanis and additional individuals in academia in which I am the subject of discussion. Despite their existence, those communications have not been produced.

5. I have applied for postdoctoral positions with more than 50 laboratories around the world. Many professors expressed significant interest in my candidacy and indicated that they were considering me for available positions. However, after the application process reached the referral stage and those professors communicated directly with my former principal investigator, Danny Chou, the opportunities were no longer offered to me. I have requested all communications from the laboratories and professors who contacted Danny Chou and/or Stanford regarding me.

6. This Court has already acknowledged the importance of discovery in its January 20, 2026, Order Granting in part and Denying part Defendants' Motion to Dismiss Claims 12 and 14: *"…absolute precision, however, is not required. In this, particularly in light of the fact* ***that Dr.***

***<u>Laps does not know- and cannot know absent discovery- on what precise day the statements were made."</u>*** (pg. 8, line 8). *"…the Court is not convinced that there is a requirement for Dr. Laps to name colleagues who are unknown to him prior to discovery…"* (pg. 10, line 5) (emphasis added)

7. My current counsel has met and conferred with Defense Counsel regarding the seriousness of Defendants' misconduct of withholding documents and the importance that I be able to have a reasonable time to review and assess the documentation prior to my deposition being taken. I also believe that Danny Chou should sit for deposition prior to my deposition so that no further attempts to withhold information are made based on what I may presumably know about my defamation claims.

8. It is my personal belief that Defendants continue to commit discovery misconduct and now they want to bring me to the United States without having fulfilled their obligations to this process. I am afraid to come to the United States. My experience at Stanford was traumatizing because I was wrongfully accused of fabricated sexual harassment complaint,Stanford members composing Danny Chou, Michael Rosen, Babajide Ojo, Jane Roe and Terra Lin. I was told to resign quietly or else my visa and my career would be at risk. When I tried to defend myself and file complaints against Danny Chou, I lost everything, including my JDRF grant. Various false allegations were made against me which have devastated my life, and I fear similar conduct may occur again if I travel to the United States, given the Defendant's demonstrated pattern of retaliatory behavior. Among other things, Danny Chou locked me out of the laboratory and the university for approximately one month based on the unfounded claim that I posed a safety risk, while referencing a homicide that had occurred at a different university. Several individuals at Stanford threatened that the previously dismissed complaints would be reopened against me, or that new complaints would be initiated, if I took legal action against them. These individuals included Ms. Meagan Todaro Coffman, in the presence of Margaret Murphy and Prof. Sophie Klappner, as well as Stanford Professor Emeritus of Law Joe

Grundfest, who sent to me as an help by the Stanford Hillel Rabai Jessica Kirschner and later on Prof Grundfest threatened me and my family that people at Stanford will go after me and destroy me if I do not wave all my future claims and withdraw my internal complaint as part of an impossible settlement offer by the university. I am genuinely concerned for my personal liberty and fear that further harassment or false detention could be orchestrated through fabricated allegations, consistent with what I believe has been their pattern of conduct. I know on an additional cases with a similar pattern by Stanford. I am not safe in the United States. I do not feel safe going to San Francisco to have my deposition.

9. In addition, I respectfully request from the honorable court that my deposition be limited to a single business day, as required by the applicable rules. I also request that it be permitted to take place in Belgium, where there is no legal prohibition against doing so, with the oath administered remotely by video, as has been done in many cases, particularly during and since the COVID-19 period. This would avoid the need for the involvement of the local U.S. consulate, which would entail additional costs and logistical arrangements that my attorneys and I are currently evaluating. Alternatively I request that this honorable Court allow me to do the deposition remotely from Brussels, Belgium. The deposition would then may take place at the U.S. Embassy and the U.S. Consulate can administer my oath for deposition. There were no available dates for this to happen until September. I am respectfully asking that I have my remote deposition take place in Brussels, Belgium on September 21, 2026. Traveling to Brussels will also be more affordable for me and easier for me to accommodate my working schedule.

10. Additionally, while I was at Stanford, there were heightened reports of extremist rhetoric and activity associated with groups operating within or connected to the Stanford Community. The particular group I am referring to is called the Students for Justice in Palestine organization or (SJP). It is my understanding that they have called for an “intifada” that calls for and

encourages harm towards Israelis. Attached as Exhibit 1 is a true and correct copy of a social media post depicting my concerns.

11. I am not seeking to avoid testimony or to prevent Defendants from examining me. I am offering definite dates, and I am willing to travel to Brussels, Belgium where it is permissible by law to have my deposition taken for a civil lawsuit in the United States of America.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 07/08/2026, at Baden-württember, Germany.

Shay Laps

Dr. Shay Laps

11:57

Posts

Follow

**stanfordsjp**
Stanford University




♡ 173 6 5 30

**stanfordsjp** Are you a student at Stanford who is interest... more

September 18