Ameet Sharma (SBN 354399)
Angela Hooper (SBN 334269)
**AMEET SHARMA, ATTORNEY-AT-LAW**
757 Miller Ave
Chico, CA 95928
Phone: (916) 932-8928
Email: ameet@omnifirms.com
Email: a.hooper@omnifirms.com

Attorneys for Plaintiff
Dr. Shay Laps

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. SHAY LAPS,<br><br>Plaintiff,<br><br>v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY; DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,<br><br>Defendants. | Case No.: 5:25-cv-05767-SVK<br><br>**DECLARATION OF AMEET SHARMA IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DR. SHAY LAPS**<br><br>Judge: Hon. Susan van Keulen<br>Date: September 29, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 |

**DECLARATION OF AMEET O'RATTAN SHARMA**

I, Ameet O'Rattan Sharma, declare as follows:

1. I am over the age of eighteen and am an attorney duly licensed to practice law in the State of California. I am the owner of the firm, Ameet Sharma, Attorney-at-Law (the "Firm"), and am counsel of record for Plaintiff Dr. Shay Laps ("Dr. Laps") in the above-captioned action.

2. I make this declaration in support of the Firm's Motion to Withdraw as Counsel for Plaintiff Dr. Shay Laps. This declaration is based upon my personal knowledge and based on the files and records in this case. If called upon to testify as to the matters set forth in this declaration, I could and would do so competently.

3. On August 20, 2026 the Firm had a conversation with Dr. Laps. The details of that conversation are confidential. To the extent that the Firm can discuss, mandatory withdrawal was triggered under California Rules of Professional Conduct 1.16(a) – mandatory withdrawal – and to the extent that it matters, 1.16(b) – permissive withdrawal.

4. On August 20, 2026, the Firm informed opposing counsel of its intent to withdraw as counsel. On August 21, 2026, the Firm provided Dr. Laps written notice it its intent to withdraw as counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 21, 2026, at Chico, California.

*/s/Ameet Sharma*
Ameet Sharma