Ameet Sharma (SBN 354399)
Angela Hooper (SBN 334269)
**AMEET SHARMA, ATTORNEY-AT-LAW**
757 Miller Ave
Chico, CA 95928
Phone: (916) 932-8928
Email: ameet@omnifirms.com
Email: a.hooper@omnifirms.com

Attorneys for Plaintiff
Dr. Shay Laps

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. SHAY LAPS,<br><br>Plaintiff,<br><br>v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY; DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,<br><br>Defendants. | Case No.: 5:25-cv-05767-SVK<br><br>**NOTICE OF MOTION AND MOTION TO SHORTEN TIME TO HEAR MOTION TO WITHDRAW AND MOTION TO STAY ACTION; MEMORANDUM OF POOINTS AND AUTHORITIES**<br><br>Judge: Hon. Susan van Keulen |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on September 29, 2026, at 10:00 a.m., or as soon as the matter may be heard, before the Honorable Susan van Keulen in Courtroom 6 of the United States District Court for the Norther District of California, located at 280 South 1st Street, San Jose, CA, 95113, the law firm of Ameet Sharma, Attorney-at-Law ("the Firm") including the referenced attorneys at the Firm (Ameet O'Rattan Sharma and Angela M. Hooper), will and hereby do move for an order shortening the time to hear the Motion to Stay Action ("Motion to Stay") and Motion to Withdraw as Counsel for Dr. Shay Laps ("Motion to Withdraw").

Good cause exists because the ordinary motion notice under Civil Local Rule 7-2(a) would place the hearing at least 35 days after filing, well after the August 28 deposition deadline. The Firm seeks withdrawal based on confidential communications between the Firm and Plaintiff Dr. Shay Laps ("Dr. Laps") that render continued representation unreasonably difficult to carry out effectively and due to a conflict of interest that arose during those same communications. The requested stay is limited to 30 days, or until substitute counsel appears, whichever occurs first. On August 20, 2026, the Firm provided written notice to Defendants' counsel concerning the intended withdrawal, along with its intent to file the Motion to Stay, and this Motion to Shorten Time.

This motion is based on this Notice of Motion and Motion, the following Memorandum of Points and Authorities attached herein, the concurrently filed Declaration of Angela Hooper, the underlying motions and supporting papers, the Court's Orders at Dkts. 31, 63, 82, and 86, and any and all documents properly before this Court at the time of the hearing.

DATED: August 21, 2026

**AMEET SHARMA, ATTORNEY-AT-LAW**

*/s/Angela Hooper*

Ameet Sharma
Angela Hooper
Attorneys for Plaintiff
Dr. Shay Laps

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

The Court has ordered Dr. Laps to appear for an in-person deposition in San Francisco no later than August 28, 2026. (Dkt. 86.) The Firm now seeks leave to withdraw based on circumstances it cannot disclose without compromising attorney-client confidentiality. The Motion to Say will not be heard until September 29, 2026, which was the soonest date available that complied with the District's notice requirements for motion hearings. Because it would be unreasonably difficult for the Firm to effectively represent Dr. Laps while the Motion to Stay and Motion to Withdraw are pending, and because of the upcoming deadline by which Dr. Laps is to have his deposition taken, the Firm files this motion for an order shortening the time to hear both the Motion to Stay and Motion to Withdraw. Additionally, counsel's continued representation of Plaintiff would result in violations of the California Rules of Professional Conduct.

### II. LEGAL STANDARD

Civil Local Rule 6-3 permits the filing of a motion to shorten time that sets forth, among other factors, the reasons the shortening is being requested and what harm or prejudice would occur if time is not shortened. N.D. Cal. Civil L.R. 6-3. Civil Local Rule 7-2 otherwise requires motions to be noticed for hearing "not less than 35 days after filing of the motion." N.D. Cal. Civil L.R. 7-2(a). Courts in this District routinely grant motions to shorten the time to hear a motion when warranted by the circumstances. *See, e.g., Ctr. for Investigative Reporting v. U.S. Dep't of Lab.*, 2020 WL 554001, at *2 (N.D. Cal. Feb. 4, 2020); Noble v. Kiewit Pac. Co., 2008 WL 413754, at *1-2 (N.D. Cal. Feb. 13, 2008).

### III. ARGUMENT

#### A. <u>Good Cause Exists to Shorten the Time to Hear Both Motions.</u>

The August 28 deadline is only days away. If the withdrawal and stay motions cannot be considered until the ordinary notice hearing date, Dr. Laps and the Firm will be required to proceed through a deposition while the Firm is simultaneously seeking to terminate representations that, if continued, would violate the California Rules of Professional Conduct. The requested shortening would not unduly prejudice either party.

**B. The Record Reflects Prior Time Modifications.**

The Firm discloses the following prior time modifications as required by Civil Local Rule 6-3(a)(5): (1) on July 28, 2025, the parties stipulated to extend Defendants' deadline to respond to the Complaint to September 2, 2025 (Dkt. 22; see Dkt. 31 at 2); (2) on August 29, 2025, the Court further extended that response deadline to September 9, 2025 and modified the motion-to-dismiss briefing schedule (Dkt. 31); (3) on April 16, 2026, the Court stayed the action until May 19, 2026 and extended subsequent case deadlines by 30 days (Dkt. 63); and (4) on July 14, 2026, the Court modified the case schedule by approximately 90 days, including setting fact discovery to close November 13, 2026 and trial for June 21, 2027 (Dkt. 82).

**C. The Firm Has Met All Elements of Local Rules 6-1 And 6-3.**

On August 20, 2026, the Firm provided notice to Defendants of the Firm's intent to seek with withdraw from representation of Dr. Laps, file the Motion to Stay to allow Dr. Laps to secure alternative counsel, and file this motion for an order shortening time to heard those motions. (Hooper Decl., at ¶ 6.) Local Rule 6-1 says that the parties "**may** stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond… to enlarge or shorten the time…" [Emphasis added.] N.D. Cal. Civil L.R. 6-1(a). Further, Local Rule 6-1 says that regarding a request for shortening time, the parties "**may** be made by written stipulation… or **motion** pursuant to Civil L.R. 6-3." [Emphasis added.] N.D. Cal. Civil L.R. 6-1(b). The Firm has not made any stipulation to opposing counsel as the Firm has decided that a Motion is the proper course of action, and allowed by the Local Rules of this Court. Given the immediately impending deadline, the Firm is filing the Motion to Stay, Motion to Withdraw, and this Motion to Shorten Time.

Pursuant to Civil Local Rule 6-3, the Firm has filed a proposed order and supporting declaration concurrently with this motion. Those materials set forth: (1) the specific reasons for shortening time; (2) why stipulation efforts are not required under these circumstances; (3) the substantial harm or prejudice that would result if the requested schedule change is denied; (4) all prior time modifications in this case; and (5) the effect of the requested modification on the case schedule. Accordingly, the Firm has satisfied the applicable requirements.

## V. CONCLUSION

For these reasons, the Firm respectfully requests that the Court shorten time and hear the Motion to Withdraw and Motion to Stay on the earliest date the Court can accommodate, and, if capable, before the August 28, 2026 deadline for Dr. Laps' deposition.

DATED: August 21, 2026

**AMEET SHARMA, ATTORNEY-AT-LAW**

*/s/Angela Hooper*

Ameet Sharma
Angela Hooper
Attorneys for Plaintiff
Dr. Shay Laps