Ameet Sharma (SBN 354399)
Angela Hooper (SBN 334269)
**AMEET SHARMA, ATTORNEY-AT-LAW**
757 Miller Ave
Chico, CA 95928
Phone: (916) 932-8928
Email: ameet@omnifirms.com
Email: a.hooper@omnifirms.com

Attorneys for Plaintiff
Dr. Shay Laps

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. SHAY LAPS,<br><br>Plaintiff,<br><br>v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY; DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,<br><br>Defendants. | Case No.: 5:25-cv-05767-SVK<br><br>**DECLARATION OF ANGELA HOOPER IN SUPPORT OF MOTION TO SHORTEN TIME TO HEAR MOTION TO STAY ACTION AND WITHDRAW AS COUNSEL FOR PLAINTIFF SHAY LAPS**<br><br>Judge: Hon. Susan van Keulen |

**DECLARATION OF ANGELA HOOPER**

I, Angela Hooper, declare as follows:

1. I am over the age of eighteen and am an attorney duly licensed to practice law in the State of California. I work for the firm Ameet Sharma, Attorney-at-Law (the "Firm"), and am counsel of record for Plaintiff Dr. Shay Laps ("Dr. Laps") in the above-captioned action.

2. I make this declaration in support of the Firm's Motion to Shorten Time to Hear Motion to Stay Action and Motion to Withdraw as Counsel for Plaintiff Shay Laps. I have personal knowledge of the matters stated herein, except where stated on information and belief, and if called as a witness I could and would testify competently to them.

3. On August 18, 2026, the Court entered an Order denying Plaintiff's request for a remote deposition and ordering that Dr. Laps appear for an in-person deposition in San Francisco no later than August 28, 2026. (Dkt. 86.)

4. Following the entry of the Order, the Firm discussed the Order. The substance and circumstances of those communications are protected by the attorney-client privilege and the Firm's duty to confidentiality. I cannot disclose such facts in this declaration.

5. Based on those communications and related circumstances, it is my good-faith conclusion that continuation of the representation has become unreasonably difficult for the Firm to carry out effectively.

6. On August 21, 2026, the Firm provided Dr. Laps written notice of its intent to seek withdrawal. On August 20, 2026, the Firm provided written notice to counsel for Defendants of its intent to seek mandatory withdrawal, to stay the action, and to shorten time to hear the motions.

7. No stipulation efforts were made with opposing counsel as the shortening of time was required to be filed by Motion.

8. Under the ordinary notice period in Civil Local Rule 7-2(a), a hearing on the underlying motions would occur at least 35 days after filing and therefore after the August 28 deposition deadline. Without shortened consideration, the Firm and Dr. Laps would be required to proceed through that significant litigation event before the Court could address the requested withdrawal and transition stay.

9. I am aware of four prior time modifications in this case: (a) the July 28, 2025 stipulation extending Defendants' response deadline to September 2, 2025 (Dkt. 22; see Dkt. 31 at 2); (b) the August 29, 2025 Order extending that deadline to September 9, 2025 and modifying the motion-to-dismiss briefing schedule (Dkt. 31); (c) the April 16, 2026 Order staying the action until May 19, 2026 and extending subsequent deadlines by 30 days (Dkt. 63); and (d) the July 14, 2026 Order modifying the case schedule by approximately 90 days (Dkt. 82).

10. Granting the Motion to Shorten Time would itself have no effect on the case schedule. If the separate Motion to Stay is granted, the Firm requests that all currently scheduled dates and deadlines be continued by 30 days.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 21, 2026, at Chico, California.

*/s/Angela Hooper*

Angela Hooper