Ameet Sharma (SBN 354399)
Angela Hooper (SBN 334269)
**AMEET SHARMA, ATTORNEY-AT-LAW**
757 Miller Ave
Chico, CA 95928
Phone: (916) 932-8928
Email: ameet@omnifirms.com
Email: a.hooper@omnifirms.com

Attorneys for Plaintiff
Dr. Shay Laps

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. SHAY LAPS,<br><br>Plaintiff,<br><br>v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY; DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,<br><br>Defendants. | Case No.: 5:25-cv-05767-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME TO HEAR MOTION TO STAY ACTION AND WITHDRAW AS COUNSEL TO PLAINTIFF DR. SHAY LAPS** |

**[PROPOSED] ORDER**

BASED ON GOOD CAUSE APPEARING, including the evidence provided by the parties and the record in this case, and pursuant to Local Rule 6-3, the Court hereby **GRANTS** the Motion to Shorten Time to Hear Motion to Withdraw And Motion to Stay Action.

The Motion to Stay shall be heard on _______________, 2026, at ______________; all oppositions to the Motion to Stay Action shall be filed no later than_________________; and any reply in support of the Motion to Stay Action shall be filed no later than ________________, 2026.

The Motion to Withdraw shall be heard on _______________, 2026, at ______________; all oppositions to the Motion to Withdraw shall be filed no later than_________________; and any reply in support of the Motion to Withdraw shall be filed no later than ________________, 2026.

**IT IS SO ORDERED.**

Dated: _________________, 2026

________________________________

HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge

Presented by:

*/s/Angela Hooper*
Angela Hooper