Ameet Sharma (SBN 354399)
Angela Hooper (SBN 334269)
**AMEET SHARMA, ATTORNEY-AT-LAW**
757 Miller Ave
Chico, CA 95928
Phone: (916) 932-8928
Email: ameet@omnifirms.com
Email: a.hooper@omnifirms.com

Attorneys for Plaintiff
Dr. Shay Laps

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. SHAY LAPS,<br><br>Plaintiff,<br><br>v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY; DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,<br><br>Defendants. | Case No.: 5:25-cv-05767-SVK<br><br>**PROOF OF SERVICE OF MOTION TO SHORTEN TIME TO HEAR MOTION TO STAY ACTION AND WITHDRAW AS COUNSEL**<br><br>Judge: Hon. Susan van Keulen<br>Date: September 29, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 |

**PROOF OF SERVICE**

I, Derek Adams, declare as follows:

I am employed in the County of Butte, State of California. I am over the age of 18 and not a party to the within action; my business and email address is 757 Miller Avenue, Chico, California 95928, d.adams@omnifirms.com.

On August 21, 2026, I served the documents listed below (and filed concurrently with this Proof of Service) on Dr. Shay Laps by email to his personal email address Ameet Sharma, Attorney-at-Law has utilized to communicate with Dr. Laps at all times in this matter. The email address is omitted for privacy purposes. On August 21, 2026, I served the documents listed below (and filed concurrently with this Proof of Service) on counsel for Defendants to their emails as listed below:

*Attorneys For Defendants*

*The Board of Trustees of The Leland Stanford Junior University and Danny Hung-Chieh Chou*

| | |
|---|---|
| Reid J. Schar (Bar No. 238948)<br>Laurie Edelstein (Bar No. 164466)<br>**JENNER & BLOCK LLP**<br>525 Market Street, 29th Floor<br>San Francisco, California 94105<br>RSchar@jenner.com<br>LEdelstein@jenner.com | Marcie Isom Fitzsimmons (Bar No. 226906)<br>Christina Shahkar (Bar No. 356982)<br>**GORDON REES SCULLY MANSUKHANI**<br>315 Pacific Avenue<br>San Francisco, CA 94111<br>misom@grsm.com |

**DOCUMENTS SERVED**

1. NOTICE OF MOTION AND MOTION TO SHORTEN TIME TO HEAR MOTION TO WITHDRAW AND MOTION TO STAY ACTION; MEMORANDUM OF POOINTS AND AUTHORITIES;
2. DECLARATION OF ANGELA HOOPER IN SUPPORT OF MOTION TO SHORTEN TIME TO HEAR MOTION TO WITHDRAW AND MOTION TO STAY ACTION
3. [PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME TO HEAR MOTION TO WITHDRAW AND MOTION TO STAY ACTION; and
4. PROOF OF SERVICE OF MOTION TO SHORTEN TIME TO HEAR MOTION TO STAY ACTION AND WITHDRAW AS COUNSEL

Executed on August 21, 2026, at Chico, California

*/s/Derek Adams*
Derek Adams