Reid J. Schar (Bar No. 238948)
Laurie Edelstein (Bar No. 164466)
JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, California 94105
Telephone: (628) 267-6800
RSchar@jenner.com
LEdelstein@jenner.com

Marcie Isom Fitzsimmons (Bar No. 226906)
Christina Shahkar (Bar No. 356982)
GORDON REES SCULLY MANSUKHANI
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
misom@grsm.com

*Attorneys for Defendants*
*The Board of Trustees of The Leland Stanford Junior University*
*and Danny Hung-Chieh Chou*



**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

DR. SHAY LAPS,

Plaintiff,

v.

THE LELAND STANFORD JUNIOR UNIVERSITY and DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,

Defendants.

Case No. 5:25-cv-05767-SVK

The Honorable Susan van Keulen

**DECLARATION OF REID J. SCHAR IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW, MOTION TO STAY ACTION, AND MOTION TO SHORTEN TIME**

JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, CA 94105

# DECLARATION OF REID J. SCHAR

I, Reid J. Schar, declare as follows:

1. I am a member in good standing of the State Bar of California and admitted to practice before this Court. I am a partner at the law firm of Jenner & Block LLP ("Jenner"), counsel of record for Defendants The Board of Trustees of The Leland Stanford Junior University (named as "The Leland Stanford Junior University") ("Stanford") and Danny Hung-Chieu Chou ("Dr. Chou") (collectively, "Defendants"). I make this declaration in support of the Defendants' Response to Plaintiff's Counsel's Motion to Withdraw, Motion to Stay the Action, and Motion to Shorten Time. I have personal knowledge of the facts set forth below and, if called upon to do so, I could and would testify competently to the matters set forth below.

2. On Tuesday, August 18, 2026, following the Court's ruling regarding Dr. Laps' deposition, I emailed Dr. Laps' counsel, Angela Hooper, Esq., and Ameet Sharma, Esq., to ask who would be present for Dr. Laps' deposition at Jenner & Block LLP's office in San Francisco on August 26 and 27.

3. On Wednesday, August 19, 2026, at 9:37 AM PDT, Ms. Hooper responded that she, Mr. Sharma, and Dr. Laps would attend the deposition. At 9:57 AM PDT, Ms. Hooper emailed me indicating that Dr. Laps was "asking if New York is an option for his deposition." I responded at 10:24 AM PDT that holding the deposition outside of San Francisco was no longer viable given that the offer to host the deposition in a different city was made four weeks earlier, and it was no longer feasible to move the deposition because there was less than a week before the deposition was scheduled to start. At 10:54 AM PDT, Ms. Hooper responded, citing the second page of the Court's order providing that the deposition "will take place in counsel's office in San Francisco unless Plaintiff accepts on of the other cities offered by Defendants," and stating, "Plaintiff will appear in New York for deposition."

4. Shortly thereafter, Defendants began making arrangements for Dr. Laps' deposition to take place at Jenner & Block LLP's New York office. This included booking flights and accommodations, reserving a court reporter and videographer to appear in New York, and communicating with a Hebrew interpreter to see if the interpreter could attend in person in New

York. This also included preparing a revised deposition notice. Defendants have incurred costs and fees in making these arrangements. Counsel's outbound flights to New York from San Francisco are currently reserved for Tuesday, August 25, 2026, at 7:00 AM and 8:15 AM PDT.

5. On Thursday, August 20, 2026, at 10:40 AM PDT, I received an email from Ms. Hooper, stating: "We are withdrawing our demand to transfer the deposition to New York. We are submitting an ex parte application to withdraw as counsel. Without waiving any privilege, The [sic] client has demanded that I inform you and the court that he has purchased a ticket to New York and will appear on the 26th at 10am at the office of Jenner & Block to have his deposition taken." I responded at 11:03 AM PDT that Defendants' immediate concern was "obtaining guidance from the Court on whether the deposition can proceed, especially if you are still counsel of record at that time." I also inquired whether Ms. Hooper intended to file the motion to withdraw that day, August 20, 2026, and Ms. Hooper responded, "Yes, we plan on filing our motion today." A true and correct copy of my email correspondence with Ms. Hooper on August 20, 2026, is attached as **Exhibit A**.

6. I understand from Ms. Hooper's August 20, 2026 email, the motion to withdraw, and the motion to shorten time that neither Ms. Hooper nor Mr. Sharma plan to represent Dr. Laps at his scheduled deposition in New York on August 26 and 27.

7. Dr. Laps has not provided an agreement to proceed pro se and has not communicated his intent to secure substitute counsel in advance of the deposition on August 26 and 27.

8. Per Dr. Laps' request, Defendants retained a Hebrew interpreter for Dr. Laps' deposition. Under the terms of the agreement with the interpreter, the interpreter's full fee is due if the deposition is cancelled less than 48 hours before the scheduled start time. Thus, the deadline to cancel the interpreter's service without incurring a fee is 7:00 AM PDT / 10:00 AM EDT on Monday, August 24, 2026.

JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on the 21st day of August 2026 in Mill Valley, California.

/s/ *Reid J. Schar*
Reid J. Schar

JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, CA 94105

# EXHIBIT A

**From:** Angela Hooper
**To:** Schar, Reid J.
**Cc:** Ameet Sharma; Ramsey, Alexander R.; Edelstein, Laurie J.
**Subject:** Re: Potential Cancellation Fees re Laps Deposition
**Date:** Thursday, August 20, 2026 11:07:27 AM

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe

Yes, we plan on filing our motion today. Where are you hosting the deposition should it continue?

Angela Hooper, Esq.

757 Miller Avenue
Chico, CA 95928
Office: 916-932-8928
Cell: 530-680-4689

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.

IRS Circular 230 Disclosure- To comply with Treasury Department regulations, we inform you that, unless expressly stated otherwise in this email or in any attachment to it or in a subsequent written communication from the Law Firm to you, any tax advice in this email or any attachment is not intended to be and cannot be used for the purpose of (1) avoiding penalties that may be imposed under the Internal Revenue Code or any other applicable tax law or (2) promoting, marketing, or recommending to another party any transaction, arrangement, or other matter.

On Thu, Aug 20, 2026 at 11:03 AM Schar, Reid J. <RSchar@jenner.com> wrote:

> Angela,
>
> Thank you for the update.
>
> Our most immediate concern is obtaining guidance from the Court on whether the deposition next week can proceed, especially if you are still counsel of record at that time. And, of course, the location given the logistics of travel and arranging necessary court reporters, interpreters, etc.

Do you intend to file your motion to withdraw today?

Reid

---

**From:** Angela Hooper <a.hooper@omnifirms.com>
**Date:** Thursday, August 20, 2026 at 12:40 PM
**To:** Schar, Reid J. <RSchar@jenner.com>; Ameet Sharma <ameet@omnifirms.com>
**Subject:** Re: Potential Cancellation Fees re Laps Deposition

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe

Reid,

We are withdrawing our demand to transfer the deposition to New York.

We are submitting an ex parte application to withdraw as counsel.

Without waiving any privilege, The client has demanded that I inform you and the court that he has purchased a ticket to New York and will appear on the 26th at 10am at the office of Jenner & Block to have his deposition taken.

Our motion is forthcoming.

Angela Hooper, Esq.

757 Miller Avenue
Chico, CA 95928
Office: 916-932-8928
Cell: 530-680-4689

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.

IRS Circular 230 Disclosure**-** To comply with Treasury Department regulations, we inform you that, unless expressly stated otherwise in this email or in any attachment to it or in a subsequent written communication from the Law Firm to you, any tax

advice in this email or any attachment is not intended to be and cannot be used for the purpose of (1) avoiding penalties that may be imposed under the Internal Revenue Code or any other applicable tax law or (2) promoting, marketing, or recommending to another party any transaction, arrangement, or other matter.

On Wed, Aug 19, 2026 at 10:54 AM Angela Hooper <a.hooper@omnifirms.com> wrote:

Subject to the Court's order on page 2, line 25:

"*The deposition will take place in counsel's office in San Francisco* ***unless Plaintiff accepts one of the other cities offered by Defendants***."

Plaintiff will appear in New York for deposition. Please send updated notices.

Angela Hooper, Esq.

757 Miller Avenue
Chico, CA 95928
Office: 916-932-8928
Cell: 530-680-4689

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.

IRS Circular 230 Disclosure- To comply with Treasury Department regulations, we inform you that, unless expressly stated otherwise in this email or in any attachment to it or in a subsequent written communication from the Law Firm to you, any tax advice in this email or any attachment is not intended to be and cannot be used for the purpose of (1) avoiding penalties that may be imposed under the Internal Revenue Code or any other applicable tax law or (2) promoting, marketing, or recommending to another party any transaction, arrangement, or other matter.

On Wed, Aug 19, 2026 at 10:23 AM Schar, Reid J. <RSchar@jenner.com> wrote:

Angela,

Having the deposition outside of San Francisco is no longer viable. We made that offering during a meet and confer on July 22nd, four weeks ago, and it was not accepted. At this point, with less than a week before the deposition starts, it is not

feasible to move the deposition outside of San Francisco, arrange for our travel and our clients' travel, and arrange a new court reporter and find an available interpreter on short notice. This is especially true given everyone but Dr. Laps would need to travel across country with then less a week to arrange travel, which would be costly.

Reid

---

**From:** Angela Hooper <a.hooper@omnifirms.com>
**Date:** Wednesday, August 19, 2026 at 11:57 AM
**To:** Schar, Reid J. <RSchar@jenner.com>
**Subject:** Re: Potential Cancellation Fees re Laps Deposition

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe

Reid,

Plaintiff is asking if New York is an option for his deposition?

Please advise.
Angela Hooper, Esq.

757 Miller Avenue
Chico, CA 95928
Office: 916-932-8928
Cell: 530-680-4689

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.

IRS Circular 230 Disclosure- To comply with Treasury Department regulations, we inform you that, unless expressly stated otherwise in this email or in any attachment to it or in a subsequent written communication from the Law Firm to you, any tax advice in this email or any attachment is not intended to be and cannot be used for the purpose of (1) avoiding penalties that may be imposed under the Internal Revenue Code or any other applicable tax law or (2) promoting, marketing, or recommending to another party any transaction,

arrangement, or other matter.

On Wed, Aug 19, 2026 at 9:50 AM Angela Hooper <a.hooper@omnifirms.com> wrote:

Reid,

Hundreds of the files that you produced in Volume 8 are not accessible. I have two ESI software programs, and neither can open CAD or BIT file types. Additionally, many of the data file types are showing as unsupported.

My staff is compiling an extensive list of the exact Bates numbers for the inaccessible files.

Once we identify the inaccessible files, I want to meet and confer regarding the Defendant reproducing those documents.

Thanks.
Angela Hooper, Esq.

757 Miller Avenue
Chico, CA 95928
Office: 916-932-8928
Cell: 530-680-4689

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.

IRS Circular 230 Disclosure- To comply with Treasury Department regulations, we inform you that, unless expressly stated otherwise in this email or in any attachment to it or in a subsequent written communication from the Law Firm to you, any tax advice in this email or any attachment is not intended to be and cannot be used for the purpose of (1) avoiding penalties that may be imposed under the Internal Revenue Code or any other applicable tax law or (2) promoting, marketing, or recommending to another party any transaction, arrangement, or other matter.

On Wed, Aug 19, 2026 at 9:36 AM Angela Hooper <a.hooper@omnifirms.com> wrote:

Reid,

The following people will attend the deposition:

Ameet Sharma, Angela Hooper, Dr. Shay Laps.

Thank you.

Angela Hooper, Esq.

757 Miller Avenue
Chico, CA 95928
Office: 916-932-8928
Cell: 530-680-4689

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.

IRS Circular 230 Disclosure**-** To comply with Treasury Department regulations, we inform you that, unless expressly stated otherwise in this email or in any attachment to it or in a subsequent written communication from the Law Firm to you, any tax advice in this email or any attachment is not intended to be and cannot be used for the purpose of (1) avoiding penalties that may be imposed under the Internal Revenue Code or any other applicable tax law or (2) promoting, marketing, or recommending to another party any transaction, arrangement, or other matter.

On Tue, Aug 18, 2026 at 5:41 PM Schar, Reid J. <RSchar@jenner.com> wrote:

> Angela,
>
> Further to below and given the order just entered by the Court, could you also let us know who will be present for the depositions of Dr. Laps in our SF offices on August 26 and August 27 so we can add them to the necessary security lists for entry into the building.
>
> Reid
>
> ---

**From:** Schar, Reid J. <RSchar@jenner.com>
**Date:** Tuesday, August 18, 2026 at 6:09 PM
**To:** Angela Hooper <a.hooper@omnifirms.com>
**Cc:** ameet@omnifirms.com <ameet@omnifirms.com>; j.stewart@omnifirms.com <j.stewart@omnifirms.com>; Edelstein, Laurie J. <LEdelstein@jenner.com>; Ramsey, Alexander R. <ARamsey@jenner.com>; misom@grsm.com <misom@grsm.com>; cshahkar@grsm.com <cshahkar@grsm.com>
**Subject:** Potential Cancellation Fees re Laps Deposition

Angela,

As you know, pursuant to the current court order, we have noticed Dr. Laps' deposition for next Wednesday and Thursday, August 26-27, at our office in San Francisco. Accordingly, we made arrangements for the deposition to proceed, including reserving a court reporter, a videographer, and, per your request, a Hebrew interpreter. The deadline to cancel the interpreter without incurring costs is this Friday, August 21. If the current schedule holds, and thereafter Dr. Laps does not make himself available next week, resulting in any cancellation fees related to the deposition, we will seek to recover costs incurred from Dr. Laps' failure to appear.

We are providing this email so there is clarity on the potential cancellation fees.

Best,
Reid

---

**Reid J. Schar**

**Jenner & Block LLP**
353 North Clark Street, Chicago, IL 60654-3456 | jenner.com
+1 312 923 2629 | Tel
+1 312 956 7198 | Mobile

**Jenner & Block LLP**
525 Market Street
29th Floor
San Francisco , CA 94105-2708 | jenner.com
+1 628 267 6858 | Tel
RSchar@jenner.com
Download V-Card | View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole

use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system