United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAY LAPS,

Plaintiff,

v.

THE LELAND STANFORD JUNIOR UNIVERSITY, et al.,

Defendants.

Case No. 25-cv-05767-SVK

**ORDER TEMPORARILY STAYING ACTION; TAKING DEPOSITION OFF CALENDAR; SETTING HEARING ON MOTION TO WITHDRAW**

Re: Dkt. Nos. 88, 89, 90

The Court is in receipt of Plaintiff's counsel motions to withdraw, to stay the action and to shorten time, as well as Defendants' responses. As time is of the essence given the current deposition schedule (Dkt. 86), the Court ORDERS as follows:

This matter is temporarily stayed for a brief period to allow the Court to hear from all concerned Parties;

Mr. Laps' deposition, currently scheduled for August 26 and 27, 2026 is off-calendar and will not go forward;

The Court will hold a **video-hearing on August 27 at 10 a.m**. to address theses issues. Counsel and Plaintiff Mr. Laps will appear.

**SO ORDERED.**

Dated: August 24, 2026

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate Judge