Ameet Sharma (SBN 354399)
Angela Hooper (SBN 334269)
**AMEET SHARMA, ATTORNEY-AT-LAW**
757 Miller Ave
Chico, CA 95928
Phone: (916) 932-8928
Email: ameet@omnifirms.com
Email: a.hooper@omnifirms.com

Attorneys for Plaintiff
Dr. Shay Laps

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. SHAY LAPS,<br><br>Plaintiff,<br><br>v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY; DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,<br><br>Defendants. | Case No.: 5:25-cv-05767-SVK<br><br>**NOTICE OF WAIVER OF FEES AND COSTS**<br><br>Judge: Hon. Susan van Keulen |

## NOTICE OF WAIVER OF ATTORNEYS' FEES AND COSTS

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Ameet Sharma, Attorney-at-Law (the "Firm"), through attorneys Ameet Sharma and Angela Hooper, hereby provides notice that the Firm waives any claim against Plaintiff Dr. Shay Laps for unpaid attorneys' fees or unreimbursed litigation costs incurred by the Firm in connection with its representation of Plaintiff in the above-captioned action. The Firm further waives any attorney charging lien or other lien against Plaintiff or any recovery obtained by Plaintiff in this action arising from such unpaid attorneys' fees or costs.

DATED: September 1, 2026

*/s/Angela Hooper*

Angela Hooper