Ameet O'Rattan Sharma (SBN 354399)
Angela Hooper (SBN 334269)
**AMEET SHARMA, ATTORNEY-AT-LAW**
757 Miller Ave
Chico, CA 95928
Phone: (916) 932-8928
Email: ameet@omnifirms.com
Email: a.hooper@omnifirms.com

Attorney for Plaintiff
Dr. Shay Laps

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DR. SHAY LAPS,<br><br>Plaintiff,<br><br>v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY, and DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,<br><br>Defendants. | Case No.: 5:25-CV-05767-SVK<br><br>The Honorable Susan van Keulen<br><br>**DECLARATION OF ANGELA HOOPER MOTION FOR APPOINTMENT OF COUNSEL**<br><br>Action Filed: July 10, 2025 |

I, Angela Hooper, declares as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am counsel for Plaintiff Shay Laps in the above matter. I have personal knowledge of the facts recited herein. If called as a witness, I would competently testify thereto.
2. On September 14, 2026, I received the attached document from Dr. Shay Laps. He asked that I file it with the Court for the Court's consideration. A true and correct copy of the "motion for appointment of counsel" is attached hereto as Exhibit 1.

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9/15/2026

Angela Hooper

Angela Hooper

EXHIBIT 1

Dr. Shay Laps

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DR. SHAY LAPS,<br>Plaintiff,<br>v.<br>THE LELAND STANFORD JUNIOR UNIVERSITY, and DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,<br>Defendants. | Case No.: 5:25-CV-05767-SVK<br>The Honorable Susan van Keulen<br>**MOTION FOR APPOINTMENT OF COUNSEL**<br>Action Filed: July 10, 2025 |

Plaintiff respectfully requests that this Honorable Court assist in securing the appointment of pro bono counsel in this case. Based on the advice and guidance the Plaintiff received from the Court's Federal Pro Se Assistance Program, the Plaintiff is eligible for assistance under the program. The Plaintiff was until recently represented on a pro bono basis by the Brandeis Center, which subsequently withdrew from the representation. Since then, the Plaintiff has made substantial and sustained efforts to secure alternative counsel. Among other things, over the past several months, the Plaintiff has contacted hundreds of law firms, including dozens of additional firms during the past month alone, and has also sought attorneys willing to consider representation on a contingency-fee basis. As the Court is aware, a contingency-fee representation agreement was in fact executed and representation actually commenced; however, after approximately three months during which the firm studied the case, the firm unexpectedly announced its withdrawal from the representation under circumstances arising from the struggle against the opposing party, as described in detail in the Plaintiff's declaration at Docket No. 93. The fact that this case is already ongoing, its complexity, and the fact that the opposing party is a well-resourced and highly influential American institution have made it substantially more difficult to secure alternative representation on a contingency-fee basis.

Although self-representation is theoretically possible, it is not a preferred alternative for confronting the opposing party on an equal footing in the litigation before the Court. Under these circumstances, and after extensive and sustained efforts to secure representation, the Plaintiff respectfully requests that the Court assist in appointing suitable pro bono counsel.

The situation became even more challenging following the withdrawal of a third legal team from the matter. In addition, the absence of the necessary waiver from current counsel created a further and significant impediment to retaining replacement counsel. There were also difficulties in facilitating communication between prospective counsel and the Sharma Law Firm. It was reportedly difficult for prospective attorneys to obtain responses, clarification, and the information necessary to evaluate the matter and determine whether they could undertake representation.

The Plaintiff is seeking counsel with the experience, resources, commitment, and litigation capability necessary to pursue this matter effectively, for as long as required. The Plaintiff seeks a firm that is prepared to litigate without fear or hesitation, guided solely by the facts, the evidence, and the law.

The Plaintiff's objective is straightforward: to have the merits of his case fully and fairly presented, to bring the complete truth to light, and to pursue justice to the fullest extent permitted by law.

DATED: September 15, 2026

*Your signature*