UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAY LAPS,

Plaintiff,

v.

THE LELAND STANFORD JUNIOR UNIVERSITY, et al.,

Defendants.

Case No. 25-cv-05767-SVK

**ORDER RE PLAINTIFF'S REQUEST FOR APPOINTMENT OF PRO BONO COUNSEL AND SETTING A FURTHER STATUS CONFERENCE**

On August 27, 2026, this Court conditionally granted Plaintiff's counsel's request to withdraw as counsel of record and set the matter for further status on September 29, 2026. Dkt. 96. On September 15, 2026, Plaintiff asked the Court to refer this case for appointment of pro bono counsel. Dkt. 103. On September 22, Plaintiff, Dr. Laps, filed his status report regarding his efforts to retain counsel. Dkt. 105. These matters came on for hearing on September 29, 2026.

**I. Status of Counsel for Plaintiff**

Plaintiff's request to be referred for appointment of pro bono counsel is **DENIED**. As stated on the record, three sets of counsel have moved to withdraw from this case pursuant to California Rule of Professional Conduct 1.16, therefore the Court concludes that it would not be appropriate to refer this case for representation by a volunteer pro bono counsel.

Plaintiff has made efforts to retain counsel and therefore the Court grants additional time for Plaintiff's efforts to come to fruition. Accordingly, the Court **ORDERS** as follows:

- Plaintiff's counsels' conditional withdrawal is **CONTINUED** until October 27, 2026, on the same terms and conditions as set forth in Dkt. 96;
- Plaintiff Dr. Laps is to continue his diligent efforts to retain counsel, and he is to file a status report as to these efforts, or cause to be filed an appearance of new counsel, by

United States District Court
Northern District of California

United States District Court
Northern District of California

**October 20, 2026**;

- A further status conference, by video, is set for **October 27, 2026 at 9:30 a.m**. If new counsel has not appeared by this date, Plaintiff's current counsel **shall** appear at the Status Conference.
- This matter remains **STAYED** until October 27, 2026 and all discovery response deadlines are **CONTINUED** by an additional 30 days.
- It is the Court's intention that if no new counsel has appeared by October 27, 2026, Plaintiff's current counsel will be allowed to withdraw unconditionally and Plaintiff will proceed pro se, with the assistance of the Pro Se Help Desk as needed.

**II. Impending Discovery Disputes**

In his status report and on the record, Plaintiff raised concerns regarding the completeness of Defendants' document production and the order of depositions. Dkt. 105. Defense counsel represented on the record that Defendants' production as to the first set of Requests for Production ("RFPs") was complete and that responses to the second set of RFPs were stayed pursuant to Dkt. 96. The Court assured both sides that it would address the orderly and equitable resumption of discovery at the October 27 conference.

**SO ORDERED.**

Dated: September 29, 2026

SUSAN VAN KEULEN
United States Magistrate Judge