United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZAYO GROUP, LLC,

Plaintiff,

v.

CVIN, LLC,

Defendant.

Case No. 25-cv-03483-BLF (SVK)

**ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL**

Re: Dkt. No. 59

The Court having considered Plaintiff Zayo Group LLC's ("Zayo's") Administrative Motion [Dkt. 59] as well as Defendant CVIN, LLC's Statement of Non-Opposition [Dkt. 72], and good cause appearing therefor, **ORDERS** that the unredacted version of the Parties' Discovery Letter Brief [Dkt. 60] attached as Attachment #1 to Zayo's Administrative Motion [Dkt. 59-1] shall remain under seal. The redacted version of the Parties' Discovery Letter Brief [Dkt. 60] only redacts portions of the non-dispositive Joint Statement that contain confidential, non-public loan and financing information and information about CVIN's customers in a way that is narrowly tailored.

**SO ORDERED.**

Dated: October 23, 2026

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate Judge