United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAY LAPS,

Plaintiff,

v.

THE LELAND STANFORD JUNIOR UNIVERSITY, et al.,

Defendants.

Case No. 25-cv-05767-SVK

**ORDER FOLLOWING STATUS CONFERENCE AND CONFIRMING WITHDRAWAL OF COUNSEL**

Re: Dkt. Nos. 88, 96, 106

On August 27, 2026, this Court conditionally granted Plaintiff's counsels' request to withdraw as counsel of record. Dkt. 96. On September 29, 2026, at a status conference, the Court continued Plaintiff's counsels' conditional withdrawal until October 27, 2026 to allow Plaintiff additional time to obtain new counsel. Dkt. 106. On October 19, 2026, Mark Javitch appeared on behalf of Plaintiff. Dkt. 111. Following Mr. Javitch's appearance, the Court granted pro hac vice status to attorneys from the Deborah Project so they too can represent Plaintiff in this case. Dkts. 115, 122, 123. On October 27, 2026, counsel for both Parties appeared for a status conference. At the status conference, the Court **ORDERED**:

1. The withdrawal of Plaintiff's prior counsel, Angela Hooper and Ameet Sharma, is hereby finalized. All conditions set by the Court for their withdrawal in Dkts. 96 and 106 have been fulfilled.
2. Counsel stated at the status conference that they have met and conferred and have agreed on a schedule to resume discovery. The Court greatly appreciates the Parties' cooperation in this regard.

////

////

3. Parties are to submit a joint proposal for continuance of case deadlines by **October 30, 2026**.

**SO ORDERED.**

Dated: October 27, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California