UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAY LAPS,<br>Plaintiff,<br>v.<br>THE LELAND STANFORD JUNIOR UNIVERSITY, et al.,<br>Defendants. | Case No. 25-cv-05767-SVK<br>**AMENDED CASE MANAGEMENT ORDER** |

Following the status conference on October 27, 2026 and the Parties' proposed case schedules (Dkt. 128), the Court sets the following case schedule:

| Scheduled Event | Court Ordered Deadline |
|---|---|
| Close of fact discovery | **February 19, 2027** |
| Initial expert disclosures | **March 12, 2027** |
| Rebuttal expert disclosures | **April 2, 2027** |
| Close of expert discovery | **April 23, 2027** |
| Dispositive and Daubert motions | **May 18, 2022** |
| Dispositive and Daubert motion hearing | **July 13, 2027** |
| Deadline to meet and confer re Pretrial Filings | **August 30, 2027** |
| Pretrial Filings due | **September 9 &<br>September 16, 2027** |

United States District Court
Northern District of California

| | |
|---|---|
| Pretrial conference | **September 30, 2027** |
| Trial | **October 12, 2027** |

The Court will hold a further case management conference on **May 11, 2027** at 9:30 a.m. by videoconference. The Parties will file a Joint Status Conference Statement no later than **May 4. 2027**.

**SO ORDERED.**

Dated: November 2, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California