Jerome M. Marcus (admitted *pro hac vice*)
Lori Lowenthal Marcus (admitted *pro hac vice*)
Jesse S. Wenger (admitted *pro hac vice*)
Marc H. Kushner (admitted *pro hac vice*)
THE DEBORAH PROJECT
P.O. Box 212
Merion Station, PA 19066
Telephone: (610) 880-0100
jmarcus@deborahproject.org
lorilowenthalmarcus@deborahproject.org
jwenger@deborahproject.org
mkushner@deborahproject.org

Mark Javitch (Bar No. 323729)
JAVITCH LAW OFFICE
3 East 3rd Ave.
Suite 200
San Mateo, CA 94401
Telephone: (650) 781-8000
mark@javitchlawoffice.com

*Attorneys for Plaintiff Dr. Shay Laps*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DR. SHAY LAPS,<br><br>Plaintiff,<br><br>v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY and DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,<br><br>Defendants. | Case No. 5:25-cv-05767-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF DR. SHAY LAPS**<br><br>Judge: Hon. Susan van Keulen<br>Date: December 22, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6, 4th Floor |

The Court has considered the Motion to Withdraw as Counsel of Record for Plaintiff Dr. Shay Laps filed by The Deborah Project, Jerome M. Marcus, Lori Lowenthal Marcus, Jesse S. Wenger, Marc H. Kushner, Javitch Law Office, and Mark Javitch ("Withdrawing Counsel"), the supporting papers, the record in this action, and any argument presented. The Court finds that Withdrawing Counsel have shown good cause for withdrawal under Civil Local Rules 11-4(a)(1) and 11-5 and California Rule of Professional Conduct 1.16, and that they provided written notice reasonably in advance to Plaintiff and to all other parties who have appeared. Accordingly, IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED. The Deborah Project, Jerome M. Marcus, Lori Lowenthal Marcus, Jesse S. Wenger, Marc H. Kushner, Javitch Law Office, and Mark Javitch are relieved as counsel of record for Plaintiff Dr. Shay Laps, subject to the condition in Paragraph 2.

2. Pursuant to Civil Local Rule 11-5(b), because withdrawal is not accompanied by the simultaneous appearance of substitute counsel or Plaintiff's agreement to appear *pro se*, papers in this action may continue to be served on Withdrawing Counsel for forwarding purposes unless and until Plaintiff appears through new counsel or files a notice that he will proceed *pro se*. Withdrawing Counsel shall promptly forward to Plaintiff all papers served on them while this condition remains in effect.

3. Within thirty (30) days of the date of this Order, Plaintiff shall either (a) cause successor counsel to file a notice of appearance or (b) file a notice that he will represent himself, stating his mailing address, email address, and telephone number for service.

4. Withdrawing Counsel shall serve a copy of this Order on Plaintiff by email and by international courier within two (2) court days and shall file proof of that service. Withdrawing Counsel shall promptly release Plaintiff's client file to Plaintiff or his successor counsel upon request.

5. The deposition of Plaintiff currently scheduled for December 8 and 9, 2026, is VACATED. Plaintiff's deposition shall be completed on a date agreed by the parties, or set by the Court, no later than January 29, 2027, within the fact-discovery period set by the Amended Case Management Order (Dkt. 129).

6. Except as stated in Paragraph 5, all dates in the Amended Case Management Order (Dkt. 129) remain in effect.

IT IS SO ORDERED.

Dated: ________________, 2026

______________________________
HON. SUSAN VAN KEULEN
United States Magistrate Judge