Jerome M. Marcus (admitted *pro hac vice*)
Lori Lowenthal Marcus (admitted *pro hac vice*)
Jesse S. Wenger (admitted *pro hac vice*)
Marc H. Kushner (admitted *pro hac vice*)
THE DEBORAH PROJECT
P.O. Box 212
Merion Station, PA 19066
Telephone: (610) 880-0100
jmarcus@deborahproject.org
lorilowenthalmarcus@deborahproject.org
jwenger@deborahproject.org
mkushner@deborahproject.org

Mark Javitch (Bar No. 323729)
JAVITCH LAW OFFICE
3 East 3rd Ave.
Suite 200
San Mateo, CA 94401
Telephone: (650) 781-8000
mark@javitchlawoffice.com

*Attorneys for Plaintiff Dr. Shay Laps*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

DR. SHAY LAPS,

Plaintiff,

v.

THE LELAND STANFORD JUNIOR UNIVERSITY and DANNY HUNG-CHIEH CHOU, Associate Professor of Pediatrics, in his official and personal capacities,

Defendants.

Case No. 5:25-cv-05767-SVK

**PROOF OF SERVICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF DR. SHAY LAPS**

Judge: Hon. Susan van Keulen
Date: December 22, 2026
Time: 10:00 a.m.
Courtroom: 6, 4th Floor

I, Jerome M. Marcus, declare as follows:

1. I am over the age of eighteen and not a party to this action. I am an attorney with The Deborah Project, and my business address is P.O. Box 212, Merion Station, PA 19066.

2. On November 17, 2026, I served true and correct copies of the following documents:

(a) NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF DR. SHAY LAPS; MEMORANDUM OF POINTS AND AUTHORITIES;

(b) DECLARATION OF JEROME M. MARCUS IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF DR. SHAY LAPS;

(c) [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF DR. SHAY LAPS; and

(d) this PROOF OF SERVICE.

3. Service on Plaintiff Dr. Shay Laps:

[X] BY ELECTRONIC MAIL: I sent the documents to Dr. Laps at his personal email address, which Withdrawing Counsel have used to communicate with him throughout the representation. The email address is omitted from this public filing to protect Dr. Laps's privacy and will be provided to the Court upon request.

4. Service on Defendants: The documents were filed through the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record for Defendants The Leland Stanford Junior University and Danny Hung-Chieh Chou who are registered CM/ECF users.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 17, 2026, at Merion Station, Pennsylvania.

/s/ Jerome M. Marcus

Jerome M. Marcus